# EXHIBIT 4

## ASSIGNMENT OF LJM PRESERVATION & GROWTH FUND CLASS I SHARES AND ALL RELATED LEGAL AND EQUITABLE CLAIMS

FOR VALUE RECEIVED, intending to be legally bound, _____, as "**Assignor**," the purchaser of Class I shares in LJM Preservation & Growth Fund ("LJMIX" or the "Fund") as set forth in the account statements attached hereto as Exhibit "A," does hereby assign, transfer and set over to **Paragon National, LP**, as "**Assignee**," all its rights, title and interest in and to the LJMIX shares, together with any and all equitable and legal claims associated with those shares and associated with the sold shares.

Assignor represents and warrants as follows:

a. it has the right to execute and deliver the Assignment;

b. there have been no prior assignments;

c. the LJMIX shares are owned free and clear by the Assignor and are not subject to any defenses, setoff or counterclaims whatsoever; and

d. any beneficiaries of, or investors in the account have been fully informed of the Assignment.

Assignor agrees to retain all documentation currently in its possession regarding the LJMIX shares, all documents related to its purchase and assignment of such shares, its communications with the Fund and any of its personnel, if any, and related documents until the conclusion of any litigation pursued by Assignee pertaining to the LJMIX shares.

Assignee agrees to defend and indemnify Assignor upon demand by Assignor at any time after the date hereof and to hold Assignor harmless against any loss, damages, costs, claims, assertions or expenses, including reasonable attorney's fees, which are actually incurred as a result of an assertion against Assignor related to the LJMIX shares or any litigation related thereto. This provision shall survive performance of this Assignment.

2

Assignee, by the acceptance of this Assignment, agrees to all the responsibilities, terms and conditions regarding the LJMIX shares, whether disposed of or not, and will faithfully pursue all the claims related thereto to the extent feasible and as further advised by its legal counsel.

Assignee agrees that any recovery will be returned to the Assignor with the exception of any personal award from any court to Assignor for time spent pursuing the litigation.

This Assignment shall be governed by the laws of the State of Texas.

Dated:_____  ASSIGNOR:


_____  _____
Witness


 ASSIGNEE:


_____  _____
Witness  Paragon National, LP, by its general partner,
 Paragon National Management, LLC

2