**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LEONARD SOKOLOW, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LJM FUNDS MANAGEMENT, LTD., TWO ROADS SHARED TRUST, NORTHERN LIGHTS DISTRIBUTORS, LLC, ANDREW ROGERS, MARK GERTSEN, MARK GARBIN, NEIL KAUFMAN, ANITA KRUG, JAMES COLANTINO, ANISH PARVATANENI, and ANTHONY CAINE, <br><br> Defendants. | Case No. 1:18-cv-01039 <br><br> Judge Robert M. Dow, Jr. |
| STANLEY BENNETT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LJM FUNDS MANAGEMENT, LTD., TWO ROADS SHARED TRUST, NORTHERN LIGHTS DISTRIBUTORS, LLC, ANDREW ROGERS, MARK GERTSEN, MARK GARBIN, NEIL KAUFMAN, ANITA KRUG, JAMES COLANTINO, ANISH PARVATANENI, and ANTHONY CAINE, <br><br> Defendants. | Case No. 1:18-cv-01312 <br><br> Judge Andrea R. Wood |

*(Caption continued on the following page)*

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF THE MOTION OF LYNDA GODKIN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

1

| | |
|---|---|
| JAMES NOSEWICZ, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>LJM FUNDS MANAGEMENT, LTD., TWO ROADS SHARED TRUST, NORTHERN LIGHTS DISTRIBUTORS, LLC, ANDREW ROGERS, MARK GERTSEN, MARK GARBIN, NEIL KAUFMAN, ANITA KRUG, JAMES COLANTINO, ANISH PARVATANENI, and ANTHONY CAINE,<br><br>      Defendants. | Case No. 1:18-cv-01589<br><br>Judge Robert W. Gettleman |

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden
Bar No. 06185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
Email: cgilden@cohenmilstein.com

*Counsel for Lynda Godkin and
Proposed Liaison Counsel for the Class*

**MOTLEY RICE LLC**
Gregg S. Levin
James M. Hughes
Joshua C. Littlejohn
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: glevin@motleyrice.com
   jhughes@motleyrice.com
   jlittlejohn@motleyrice.com

*Counsel for Lynda Godkin and
Proposed Lead Counsel for the Class*

Dated: April 10, 2018

2

I, Carol V. Gilden, declare as follows:

1. I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I submit this declaration in support of the motion filed by Lynda Godkin for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of her selection of Motley Rice LLC ("Motley Rice") to serve as Lead Counsel for the class and Cohen Milstein to serve as Liaison Counsel for the class.

2. Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Lynda Godkin's Certification; |
| Exhibit B: | Lynda Godkin's Estimated Losses; |
| Exhibit C: | Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on February 9, 2018; |
| Exhibit D: | Motley Rice firm résumé; and |
| Exhibit E: | Cohen Milstein firm résumé. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 10, 2018, at Chicago, Illinois.

*s/ Carol V. Gilden*
Carol V. Gilden

4

## **CERTIFICATE OF SERVICE**

    I, Carol V. Gilden, counsel for Lynda Godkin and Proposed Lead Counsel for the Class, certify that on this 10th day of April, 2018, I electronically filed the foregoing using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                        */s/ Carol V. Gilden*
                        Carol V. Gilden