# Exhibit A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Lynda Godkin, declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed a complaint against LJM Funds Management, Ltd. et al. and designate Motley Rice LLC as proposed lead counsel for myself in this action for all purposes.

2. I did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff and understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. I also understand that, if appointed Lead Plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

4. I will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

5. I have not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7. Attached hereto as Schedule A is a complete listing of all transactions I made during the Class Period in the security that is the subject of this litigation. I will provide records of those transactions upon request.

**I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 10th day of April, 2018.

_____
Lynda Godkin

## Schedule A
## LJM Funds Management, Ltd. (US90213U7019)
Class Period: 02/28/2015 - 02/07/2018

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| **Lynda Godkin** | | | | |
| | Purchases: | 10/30/2017 | 19,001.76 | 11.37 |
| | | 12/6/2017 | 337.95 | 10.61 |
| | | 12/6/2017 | 858.93 | 10.61 |