# Exhibit B

**LJM Funds Management, Ltd. (LJMIX)**
**Opposing Movant**

**Class Period: 2/28/2015 - 2/7/2018**                                   **Hold Price: $1.9844**

| Lynda Godkin | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 10/30/2017 | 19,002 | $11.3700 | ($216,050.00) |
| Purchase | 12/6/2017 | 338 | $10.6100 | ($3,585.63) |
| Purchase | 12/6/2017 | 859 | $10.6100 | ($9,113.24) |
| *Lookback Period Sale* | *3/2/2018* | *(20,199)* | *$2.0000* | *$40,397.27* |
| **(Loss)/Gain** | | | | **($188,351.59)** |

\* Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

\*\* Losses calculated on a last-in first-out basis.