**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEONARD SOKOLOW, | ) Case No. 18-cv-01039 |
| | ) |
| Plaintiff, | ) Honorable Robert M. Dow, Jr. |
| | ) |
| vs. | ) |
| | ) |
| LJM FUNDS MANAGEMENT, LTD, et al., | ) |
| | ) |
| Defendants. | ) |

*[Captions Continue on Following Pages]*

**MOTION OF THE INVESTMENT ADVISOR GROUP FOR APPOINTMENT AS LEAD**
**PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL,**
**AND CONSOLIDATION OF RELATED CASES**

|  |  |
|---|---|
| STANLEY BENNETT, | ) Case No. 18-cv-01312 |
| Plaintiff, | ) Honorable Andrea R. Wood |
| vs. | ) |
| LJM FUNDS MANAGEMENT, LTD, et al., | ) |
| Defendants. | ) |
| JAMES NOSEWICZ, | ) Case No. 18-cv-01589 |
| Plaintiff, | ) Honorable Robert W. Gettleman |
| vs. | ) |
| LJM FUNDS MANAGEMENT, LTD, et al., | ) |
| Defendants. | ) |

Tradition Capital Management LLC and SRS Capital Advisors, Inc. (together, the "Investment Advisor Group"), by their counsel, hereby move this Court for the entry of an Order: (1) appointing the Investment Advisor Group as Lead Plaintiff pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of the Class all persons or entities who purchased or otherwise acquired shares of LJM Preservation and Growth Fund between February 28, 2015 and February 7, 2018, inclusive; (2) approving the Investment Advisor Group's selection of Labaton Sucharow LLP as Lead Counsel for the Class and the Law Office of Michael D. Smith, P.C. as Liaison Counsel for the Class; and (3) consolidating each of the above-captioned actions under Federal Rule of Civil Procedure 42(a).

This motion is supported by the accompanying Memorandum of Law in Support of the Motion, the Declaration of Michael D. Smith and exhibits annexed thereto, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: April 10, 2018

Respectfully submitted,

By: /s/ Michael D. Smith

**THE LAW OFFICE OF MICHAEL D. SMITH, P.C**
Michael D. Smith
53 West Jackson Boulevard
Suite 1663
Chicago, Illinois 60604
Tel: (312) 546-6138
Fax: (888) 664-8172
Email: msmith@smithlawchicago.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller

Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for the Investment Advisor Group and
Proposed Lead Counsel for the Class*