IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEONARD SOKOLOW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>LJM FUNDS MANAGEMENT, LTD., *et al.*,<br><br>    Defendants. | No. 18-cv-01039<br><br>Honorable Robert M. Dow, Jr. |
| STANLEY BENNETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>LJM FUNDS MANAGEMENT, LTD., *et al.*,<br><br>    Defendants. | No. 18-cv-01312 |
| JAMES NOSEWICZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>LJM FUNDS MANAGEMENT, LTD., *et al.*,<br><br>    Defendants. | No. 18-cv-01589 |

**DECLARATION OF DAVID STEIN IN SUPPORT OF THE GLANDER GROUP'S APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

I, David Stein, pursuant to 28 U.S.C. § 1746, declare as follows:

1.	I am a partner at Gibbs Law Group LLP, counsel for Donn Glander, Charles Irvine, Gustav Swanson and Pell Limited Liability Company (together, the "Glander Group"). I am a member in good standing of the bar of the State of California. I submit this declaration in support of the Glander Group's Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel.

2.	Attached hereto as Exhibit A is a chart, prepared by counsel, of the Glander Group's transactions and losses in shares of the LJM Preservation and Growth Fund (ticker: LJMIX) from February 28, 2015, to February 7, 2017, inclusive.

3.	Attached hereto as Exhibit B is a true and correct copy of the signed sworn certification by Donn Glander, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 784(a)(2).

4.	Attached hereto as Exhibit C is a true and correct copy of the signed sworn certification by Charles Irvine, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 77z-1(a)(2).

5.	Attached hereto as Exhibit D is a true and correct copy of the signed sworn certification by Gustav Swanson, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 77z-1(a)(2).

5.	Attached hereto as Exhibit E is a true and correct copy of the signed sworn certification by Pell Limited Liability Company, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 77z-1(a)(2).

6.	Attached hereto as Exhibit F is a true and correct copy of the Notice of Pendency of *Sokolow v. LJM Funds Management, Ltd.*, No. 1:18-cv-01039 (N.D. Ill. Feb. 9, 2017), published February 9, 2018, in BusinessWire, a national business-oriented wire service.

7.	Attached hereto as Exhibit G is a true and correct copy of the Gibbs Law Group Firm Résumé.

8. Attached hereto as Exhibit H is a true and correct copy of the Milberg Tadler Phillips Grossman LLP Firm Résumé.

9. Attached hereto as Exhibit I is a true and correct copy of the Wexler Wallace LLP Firm Résumé.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2018.

*/s/ David Stein*