**EXHIBIT D**

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Joseph Wilson - Designated Benefit Plan (Class A)** | 02/01/2016 | 18,799 | $8.69 | $163,450.07 | 02/06/2018 | 140,256 | $1.96 | $274,901.86 | |
| | 04/01/2016 | 6,162 | $8.88 | $54,740.59 | | | | | |
| | 12/05/2016[A] | 764 | $9.78 | $7,469.80 | | | | | |
| | 12/05/2016[A] | 1,688 | $9.78 | $16,510.09 | | | | | |
| | 04/24/2017 | 48,376 | $10.08 | $487,725.29 | | | | | |
| | 05/26/2017 | 37,135 | $10.11 | $375,437.36 | | | | | |
| | 06/29/2017 | 18,902 | $10.22 | $193,229.86 | | | | | |
| | 12/05/2017[A] | 2,380 | $10.45 | $24,875.48 | | | | | |
| | 12/05/2017[A] | 6,050 | $10.45 | $63,223.52 | | | | | |
| | | **140,256** | | **$1,386,662.06** | | **140,256** | | **$274,901.86** | **($1,111,760.21)** |
| **Joseph Wilson - IRA Contributory (Class A)** | 04/24/2017 | 9,556 | $10.08 | $96,346.90 | 02/06/2018 | 10,168 | $1.96 | $19,928.48 | |
| | 12/05/2017[A] | 173 | $10.45 | $1,803.30 | | | | | |
| | 12/05/2017[A] | 439 | $10.45 | $4,583.27 | | | | | |
| | | **10,168** | | **$102,733.47** | | **10,168** | | **$19,928.48** | **($82,804.99)** |
| **Larry Cohen - IRA Contributory (Class A)** | 12/01/2015[A] | 90 | $8.54 | $767.32 | 08/25/2016 | 1,235 | $9.36 | $11,564.68 | |
| | 12/01/2015[A] | 1,145 | $8.54 | $9,780.69 | 09/22/2017 | 1,906 | $10.49 | $19,985.08 | |
| | 02/15/2017 | 35,610 | $9.75 | $347,293.67 | 02/06/2018 | 36,148 | $1.96 | $70,851.06 | |
| | 05/12/2017 | 272 | $10.12 | $2,748.22 | | | | | |
| | 12/05/2017[A] | 614 | $10.45 | $6,411.21 | | | | | |
| | 12/05/2017[A] | 1,559 | $10.45 | $16,294.74 | | | | | |
| | | **39,289** | | **$383,295.85** | | **39,289** | | **$102,400.82** | **($280,895.03)** |
| **Larry and Marilyn Cohen - Revocable Trust (Class A)** | 12/01/2015[A] | 63 | $8.54 | $535.64 | 12/29/2016 | 74,793 | $9.73 | $728,029.97 | |
| | 12/01/2015[A] | 799 | $8.54 | $6,827.54 | 02/01/2017 | 14,025 | $9.86 | $138,236.22 | |
| | 08/26/2016 | 36,797 | $9.37 | $344,862.74 | 06/29/2017 | 2,351 | $10.22 | $24,033.82 | |
| | 09/08/2016 | 9,611 | $9.46 | $90,900.86 | 12/19/2017 | 3,642 | $10.53 | $38,349.00 | |
| | 09/28/2016 | 18,415 | $9.60 | $176,690.88 | 02/06/2018 | 12,917 | $1.96 | $25,317.94 | |
| | 11/01/2016 | 14,025 | $9.72 | $136,377.68 | | | | | |
| | 12/05/2016[A] | 429 | $9.78 | $4,197.21 | | | | | |
| | 12/05/2016[A] | 948 | $9.78 | $9,276.86 | | | | | |
| | 12/05/2016[A] | 2,408 | $9.78 | $23,553.77 | | | | | |
| | 12/05/2016[A] | 5,323 | $9.78 | $52,059.60 | | | | | |
| | 03/06/2017 | 17,441 | $9.82 | $171,243.45 | | | | | |
| | 09/25/2017 | 474 | $10.50 | $4,975.11 | | | | | |
| | 12/05/2017[A] | 281 | $10.45 | $2,936.90 | | | | | |
| | 12/05/2017[A] | 714 | $10.45 | $7,464.42 | | | | | |
| | | **107,729** | | **$1,031,902.68** | | **107,729** | | **$953,966.94** | **($77,935.74)** |

| Name | Purchase Date | Shares | Price | Cost | Sale Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **Marilyn Cohen - IRA Contributory (Class A)** | 12/01/2015[A] | 19 | $8.54 | $159.40 | 08/25/2016 | 257 | $9.36 | $2,402.28 | |
| | 12/01/2015[A] | 238 | $8.54 | $2,031.69 | 09/22/2017 | 363 | $10.49 | $3,808.92 | |
| | 02/15/2017 | 7,435 | $9.75 | $72,509.63 | 02/06/2018 | 7,584 | $1.96 | $14,864.86 | |
| | 05/12/2017 | 57 | $10.12 | $573.39 | | | | | |
| | 12/05/2017[A] | 129 | $10.45 | $1,345.10 | | | | | |
| | 12/05/2017[A] | 327 | $10.45 | $3,418.71 | | | | | |
| | | **8,204** | | **$80,037.92** | | **8,204** | | **$21,076.06** | **($58,961.86)** |
| **Larry and Marilyn Cohen - Designated Benefit Plan (Class A)** | 12/01/2015[A] | 3 | $8.54 | $24.36 | 02/06/2018 | 209 | $1.96 | $409.39 | |
| | 12/01/2015[A] | 36 | $8.54 | $310.51 | | | | | |
| | 12/05/2016[A] | 31 | $9.78 | $306.95 | | | | | |
| | 12/05/2016[A] | 69 | $9.78 | $678.43 | | | | | |
| | 12/05/2017[A] | 19 | $10.45 | $203.35 | | | | | |
| | 12/05/2017[A] | 49 | $10.45 | $516.85 | | | | | |
| | | **209** | | **$2,040.43** | | **209** | | **$409.39** | **($1,631.04)** |
| **Justin and Jenny Kaufman Joint Tenant (Class A)** | 12/01/2015[A] | 216 | $8.54 | $1,848.28 | 02/06/2018 | 3,675 | $1.96 | $7,202.16 | |
| | 12/01/2015[A] | 17 | $8.54 | $145.01 | | | | | |
| | 02/03/2016 | 2,065 | $8.72 | $18,006.78 | | | | | |
| | 12/05/2016[A] | 552 | $9.78 | $5,403.95 | | | | | |
| | 12/05/2016[A] | 250 | $9.78 | $2,444.95 | | | | | |
| | 12/05/2017[A] | 162 | $10.45 | $1,693.11 | | | | | |
| | 12/05/2017[A] | 412 | $10.45 | $4,303.21 | | | | | |
| | | **3,675** | | **$33,845.27** | | **3,675** | | **$7,202.16** | **($26,643.11)** |
| **Justin and Jenny Kaufman - Contributory IRA (Class A)** | 05/17/2016 | 2,809 | $9.11 | $25,578.19 | 02/06/2018 | 3,282 | $1.96 | $6,432.75 | |
| | 12/05/2016[A] | 190 | $9.78 | $1,857.87 | | | | | |
| | 12/05/2016[A] | 86 | $9.78 | $840.57 | | | | | |
| | 12/05/2017[A] | 56 | $10.45 | $582.09 | | | | | |
| | 12/05/2017[A] | 142 | $10.45 | $1,479.44 | | | | | |
| | | **3,282** | | **$30,338.16** | | **3,282** | | **$6,432.75** | **($23,905.41)** |
| **Justin and Jenny Kaufman - Designated Beneficiary I (Class A)** | 09/03/2015 | 993 | $8.31 | $8,247.51 | 02/06/2018 | 2,543 | $1.96 | $4,984.99 | |
| | 12/01/2015[A] | 37 | $8.54 | $312.59 | | | | | |
| | 12/01/2015[A] | 3 | $8.54 | $24.52 | | | | | |
| | 08/11/2016 | 1,011 | $9.23 | $9,335.23 | | | | | |
| | 11/04/2016 | 133 | $9.71 | $1,293.92 | | | | | |
| | 12/05/2016[A] | 138 | $9.78 | $1,351.57 | | | | | |
| | 12/05/2016[A] | 63 | $9.78 | $611.50 | | | | | |

| | Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 12/05/2016[A] | 9 | $9.78 | $88.17 | | | | | |
| | 12/05/2016[A] | 4 | $9.78 | $39.90 | | | | | |
| | 12/05/2017[A] | 43 | $10.45 | $451.08 | | | | | |
| | 12/05/2017[A] | 110 | $10.45 | $1,146.48 | | | | | |
| | | **2,543** | | **$22,902.46** | | **2,543** | | **$4,984.99** | **($17,917.47)** |
| **Justin and Jenny Kaufman - Designated Beneficiary II (Class A)** | 09/03/2015 | 993 | $8.31 | $8,247.51 | 02/06/2018 | 2,531 | $1.96 | $4,961.73 | |
| | 12/01/2015[A] | 37 | $8.54 | $312.59 | | | | | |
| | 12/01/2015[A] | 3 | $8.54 | $24.52 | | | | | |
| | 08/11/2016 | 1,000 | $9.23 | $9,234.90 | | | | | |
| | 11/04/2016 | 134 | $9.71 | $1,300.78 | | | | | |
| | 12/05/2016[A] | 137 | $9.78 | $1,344.38 | | | | | |
| | 12/05/2016[A] | 62 | $9.78 | $608.26 | | | | | |
| | 12/05/2016[A] | 9 | $9.78 | $88.64 | | | | | |
| | 12/05/2016[A] | 4 | $9.78 | $40.10 | | | | | |
| | 12/05/2017[A] | 43 | $10.45 | $448.98 | | | | | |
| | 12/05/2017[A] | 109 | $10.45 | $1,141.13 | | | | | |
| | | **2,531** | | **$22,791.80** | | **2,531** | | **$4,961.73** | **($17,830.06)** |
| **Movants' Total** | | **317,886** | | **$3,096,550.11** | | **317,886** | | **$1,396,265.19** | **($1,700,284.92)** |

[A] Capital Gains Reinvestment

*Adjustment factor of 0.9645314 applied to all preceding prices to reflect the 12/01/2015 Long Term Capital Gain Distribution.
*Adjustment factor of 0.9972174 applied to all preceding prices to reflect the 12/01/2015 Short Term Capital Gain Distribution.
*Adjustment factor of 0.9380352 applied to all preceding prices to reflect the 12/05/2016 Long Term Capital Gain Distribution.
*Adjustment factor of 0.9719648 applied to all preceding prices to reflect the 12/05/2016 Short Term Capital Gain Distribution.
*Adjustment factor of 0.9567538 applied to all preceding prices to reflect the 12/05/2017 Long Term Capital Gain Distribution.
*Adjustment factor of 0.9829847 applied to all preceding prices to reflect the 12/05/2017 Short Term Capital Gain Distribution.