**EXHIBIT G**

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _2 8_ day of _March_, 2018 (the "Effective Date"), by and between _Amy Blankenship Garsee_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Amy Blankenship-Garsee
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison
Title: Principal, Portfolio Manager

-1-

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the *22* day of *MARCH*, 2018 (the "Effective Date"), by and between *Phyllis Carnahan* ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

ASSIGNOR:

By: *Phyllis Carnahan*
Name:
Title: *Acct. OWNER*

ASSIGNEE:

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 12th day of March, 2018 (the "Effective Date"), by and between Clark Catelain ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Clark Catelain
Title: Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 13th day of March, 2018 (the "Effective Date"), by and between Kathleen J. Crowley ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _(signature)_
Name: Kathleen J. Crowley
Title: Authorized Agent

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _(signature)_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _15th_ day of _March_, 2018 (the "Effective Date"), by and between _Rita Daninger_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Rita Daninger

Title: Authorized Agent

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _14_ day of _MARCH_, 2018 (the "Effective Date"), by and between _KATHLEEN K. DeCARLO_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Kathleen DeCarlo_
Name: KATHLEEN K. DeCARLO
Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _19_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Joseph DeCarlo_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: _JOSEPH DECARLO_
Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __19__ day of __March__, 2018 (the "Effective Date"), by and between __Alan Dohner__ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Alan R. Doh_

Name: Alan R. Dohner

Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_

Name: Matthew Harrison

Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___19th___ day of ___March___, 2018 (the "Effective Date"), by and between ___David Dowling___ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.　　Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.　　Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.　　Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.　　Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.　　Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: David Dowling
Title: Account Holder

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison
Title: Principal, Portfolio Manager

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $Z3$ day of  $March$ , 2018 (the "Effective Date"), by and between Donald D. Ewing ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

    Name: Donald D. Ewing
    Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _22nd_ day of _March_, 2018 (the "Effective Date"), by and between _Donald L Fickett_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _[signature]_
Name: _Donald L Fickett_
Title: _Owner + Grantor_

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _[signature] Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _21st_ day of _March_, 2018 (the "Effective Date"), by and between _Roxanne Fickett_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _[signature]_
Name: _Roxanne Fickett_
Title: _Grantor/Owner_

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _[signature] Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 15th day of March, 2018 (the "Effective Date"), by and between Kathleen M. Filosi ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Kathleen M. Filosi
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

-1-

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $30$ day of March, 2018 (the "Effective Date"), by and between Okie Pearl Gaetzke ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Okie Pearl Gaetzke
Title: Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $\underline{26}$ day of $\underline{March}$, 2018 (the "Effective Date"), by and between $\underline{Paul\ Gohdes}$ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Paul Gohdes
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _22nd_ day of _____, 2018 (the "Effective Date"), by and between _TANYA HAMMAN_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

ASSIGNOR:

By: _____
    Name:
    Title:

ASSIGNEE:

MWH Investments, LLC d/b/a Harrison Wealth Management

By: _Matthew Harrison_
    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _22nd_ day of _March_, 2018 (the "Effective Date"), by and between _Chad M. Harris_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.   Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.   Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.   Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.   Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.   Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

ASSIGNOR:

By: _____

Name: _Chad M. Harris_

Title: _Individual_

ASSIGNEE:

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_

Name: Matthew Harrison

Title: Principal, Portfolio Manager

-1-

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _19_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Karen Harris_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption_. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery_. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Karen A. Harris_
  Name: Karen Harris
  Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
  Name: Matthew Harrison
  Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___16___ day of ___March___, 2018 (the "Effective Date"), by and between ___Carol Hawkins___ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Carol Hawkins_
Name: Carol Hawkins
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __17__ day of __March__, 2018 (the "Effective Date"), by and between Rebecca L. Hawkins, Ttee ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Rebecca L. Hawkins

Title: Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _21st_ day of _March_, 2018 (the "Effective Date"), by and between _Kenneth Larry Head_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: _Kenneth Larry Head_

Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _14th_ day of _March_, 2018 (the "Effective Date"), by and between _Paul Hurst_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    _Assignment._ Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    _Acceptance and Assumption._ As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    _Remittance of Recovery._ MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    _Successors._ This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    _Governing Law._ This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Paul Hurst_
Name: Paul Hurst
Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 23rd day of March , 2018 (the "Effective Date"), by and between Crystal D. Kasnoff ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Crystal D. Kasnoff_
Name: Crystal D. Kasnoff
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 22 day of March 2018 (the "Effective Date"), by and between Daniel D. Kopycienski ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Daniel D Kopycienski
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

1.

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $\underline{2^{nd}}$ day of $\underline{April}$, 2018 (the "Effective Date"), by and between $\underline{Lynn\ M.\ Korff}$ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Lynn M. Korff_
Name:
Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __10__ day of __March__, 2018 (the "Effective Date"), by and between __Lynn Larson__ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     _Acceptance and Assumption_. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     _Remittance of Recovery_. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Lynn Larson

Title: as Individual, JT Owner and Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the *17th* day of *April*, 2018 (the "Effective Date"), by and between *Elena Coue* ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

ASSIGNOR:

By: *Elena Coue*

Name: ELENA COE

Title: MS

ASSIGNEE:

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: *Matthew Harrison*

Name: Matthew Harrison

Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 22nd day of March, 2018 (the "Effective Date"), by and between Evelyn Madrid ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Evelyn Madrid_
Name: Evelyn Madrid
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 16th day of March, 2018 (the "Effective Date"), by and between Robert B. Marshall ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

ASSIGNOR:

By: _____
Name: Robert B. Marshall
Title: Individual

ASSIGNEE:

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 16th day of March, 2018 (the "Effective Date"), by and between Lisa McCluan ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Lisa McCluan
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 19th day of March, 2018 (the "Effective Date"), by and between Debra L. Miller ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Debra L. Miller_
Name: Debra L. Miller
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___17___ day of ___March___, 2018 (the "Effective Date"), by and between John Edwin Miller ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: John Edwin Miller
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _18_ day of _March_, 2018 (the "Effective Date"), by and between _Gregory Morgan_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment**. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption**. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery**. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors**. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law**. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _G C Morgan_
Name: _Gregory C Morgan_
Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ~21~5~ day of _MARCH_ , 2018 (the "Effective Date"), by and between _KATHLEEN MORIARTY_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") _IRA_ (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR;**

By: _____
    Name: Kathleen Moriarity
    Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _19TH_ day of _MARCH_, 2018 (the "Effective Date"), by and between _DANNY R. OSCO_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
    Name:
    Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _21_ day of _March_, 2018 (the "Effective Date"), by and between _Patricia A Rhea_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

<u>ASSIGNOR:</u>

By: _Patricia A. Rhea_

Name: _Patricia A. Rhea_

Title: _Owner_

<u>ASSIGNEE:</u>

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_

Name: Matthew Harrison

Title: Principal, Portfolio Manager

-1-

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the *8th* day of *March*, 2018 (the "Effective Date"), by and between Linda Riesmeyer, Trustee ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: *Linda Riesmeyer*
Name: Linda Riesmeyer
Title: Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: *Matthew Harrison*
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 8th day of March, 2018 (the "Effective Date"), by and between Mary J. Riter ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Mary J. Riter_
Name: Mary J. Riter
Title: as Individual and as Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 22ND day of March, 2018 (the "Effective Date"), by and between _Thomas Rockten_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name:

Title:

**ASSIGNEE:**

MWH Investments, LLC d/b/a Harrison Wealth Management

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _19th_ day of _March_, 2018 (the "Effective Date"), by and between _Gingen Rodgers_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Gingen Rodgers_
Name:
Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 19th day of March, 2018 (the "Effective Date"), by and between Donald L Seeley ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
    Name: Donald L. Seeley
    Title: as Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _13th_ day of _March_ , 2018 (the "Effective Date"), by and between Lynda Smith ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Lynda Smith_

Name: Lynda Smith

Title: Authorized Agent

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_

Name: Matthew Harrison

Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __2__ day of __March__, 2018 (the "Effective Date"), by and between Christine Marie Swiontek ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment._ Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption._ As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery._ MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors._ This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law._ This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Christine Marie Swiontek_
Name: Christine Marie Swiontek
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matth Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___17___ day of ___March___, 2018 (the "Effective Date"), by and between Linda A. Townsend ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: Lin A. Townsend

Name: Linda A. Townsend
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: Matthew Harrison

Name: Matthew Harrison
Title: Principal, Portfolio Manager

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $27^{74}$ day of /MAnch, 2018 (the "Effective Date"), by and between Ross Warren ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Ross Warren
Title: As Individual and Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ⟨27⟩ᵗʰ day of ⟨MARCH⟩, 2018 (the "Effective Date"), by and between Jayne Warren ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: ⟨signature⟩
Name: Jayne Warren
Title: As Individual and Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: ⟨signature⟩
Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _2ᵗᴴ_ day of _MARCH_, 2018 (the "Effective Date"), by and between RAYMOND W. WIRSING ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Raymond W. Wirsing_    3/24/18
Name: RAYMOND W. WIRSING
Title: AS INDIVIDUAL AND TRUSTEE

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _19_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Joseph Wolfe_ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
  Name:
  Title:

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
  Name: Matthew Harrison
  Title: Principal, Portfolio Manager

-1-

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __2__ day of __March__, 2018 (the "Effective Date"), by and between Mary Elizabeth Wubker ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Mary Elizabeth Wubker_
    Name: Mary Elizabeth Wubker
    Title: Individual and Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

-1-

### ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 21st day of February, 2018 (the "Effective Date"), by and between Lawrence C. Zielinski ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

ASSIGNOR:

By: _Lawrence C Zielinski_

Name:   Lawrence C. Zielinski

Title: Individual and Trustee

ASSIGNEE:

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_

Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 19th day of March, 2018 (the "Effective Date"), by and between Mark D. Potter ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: MARK POTTER
Title: as Individual and Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ⟨10⟩ day of ⟨March⟩, 2018 (the "Effective Date"), by and between Aloise J. Failing-Wrobel, Trustee ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.   Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.   Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.   Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.   Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.   Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _Aloise Failing Wrobel_
Name: Aloise J. Failing-Wrobel
Title: Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _Matthew Harrison_
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 4Th day of April____, 2018 (the "Effective Date"), by and between Darrell Duke Dudley____ ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
Name: Darrell Duke Dudley
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
Name: Matthew Harrison
Title: Principal, Portfolio Manager

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 23rd day of March, 2018 (the "Effective Date"), by and between Jon Abbott ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Jon Abbott

Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _20_ day of _March_, 2018 (the "Effective Date"), by and between Scott & Jessica Willock ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____
    Name: Scott Willock
    Title: JT owners

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____
    Name: Matthew Harrison
    Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 7th day of March, 2018 (the "Effective Date"), by and between Rebekah Russell ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

### ASSIGNOR:

By: ~Rebekah Russell

Name:  Rebekah Russell
Title:  as Individual and Trustee

### ASSIGNEE:

MWH Investments, LLC d/b/a Harrison Wealth Management

By: Matthew Harrison

Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 7th day of March , 2018 (the "Effective Date"), by and between Michael Russell ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name:  Michael Russell

Title:  as Individual and Custodian and Trustee

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison

Title: Principal, Portfolio Manager

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 9th day of Apr: , 2018 (the "Effective Date"), by and between Terrell Harris ("Assignor") and MWH Investments, LLC d/b/a Harrison Wealth Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto MWH Investments, LLC d/b/a Harrison Wealth Management all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, MWH Investments, LLC d/b/a Harrison Wealth Management hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. MWH Investments, LLC d/b/a Harrison Wealth Management hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Arizona.

**ASSIGNOR:**

By: _____

Name: Terrell Harris
Title: Individual

**ASSIGNEE:**

**MWH Investments, LLC d/b/a Harrison Wealth Management**

By: _____

Name: Matthew Harrison
Title: Principal, Portfolio Manager

- 1 -