**EXHIBIT H**

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _9th_ day of _APRIL_, 2018 (the "Effective Date"), by and between _ALи RITA WRAPE_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

ASSIGNOR:

By: _____
    Name:
    Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
    Name: Bryan Landadio
    Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _2nd_ day of ___April___, 2018 (the "Effective Date"), by and between ___Angie Serrano___ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Angie Serrano_

Name: _Angie Serrano_

Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_

Name: John Vieira

Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __3rd__ day of __April__, 2018 (the "Effective Date"), by and between __Ann Helena Everin__ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Ann Helena Everin_
Name: _Ann Helena Everin_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Ann Marie Huntz_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Ann Marie Huntz_

Name: _Ann Marie Huntz_

Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_

Name: John Vieira

Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __3-d__ day of ___April___, 2018 (the "Effective Date"), by and between __Arjen DeVos__ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Arjen DeVos_
Name: Arjen DeVos
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Chris Undert_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Chris List_

Name:
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_

Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Beth Beyer & Frank Shelby_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment._ Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption._ As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery._ Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors._ This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law._ This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Beth Beyer & Frank Shelby_
Name: _Elizabeth Beyer & Frank Shelby_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 30th day of March, 2018 (the "Effective Date"), by and between Bruce K Tirrell ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

<u>ASSIGNOR:</u>

By: *Bruce K Tirrell*

Name: Bruce K Tirrell
Title:

<u>ASSIGNEE:</u>

**Personal CFO Solutions, LLC**

By: _____

Name: Bryan Landadio
Title: Managing Director

- 1 -  *(John Using Client)*

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Donna Scott_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  _Assignment._ Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  _Acceptance and Assumption._ As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  _Remittance of Recovery._ Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  _Successors._ This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  _Governing Law._ This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Donna Scott_
Name: _Donna Scott_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___3rd___ day of ___April___, 2018 (the "Effective Date"), by and between ___Edith Poor___ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery_. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Edith Poor_
Name: _Edith Poor_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_ , 2018 (the "Effective Date"), by and between _Ellen McMahon_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Ellen McMahon_
    Name: _Ellen McMahon_
    Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
    Name: John Vieira
    Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3d_ day of _April_, 2018 (the "Effective Date"), by and between _Eric Chang_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  <u>Remittance of Recovery</u>. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Eric Chang_
Name:
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John F. Vieira_
Name: John Vieira
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___3rd___ day of ___April___, 2018 (the "Effective Date"), by and between ___James Lee Daniels___ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: ___John Vieira on Behalf of James Lee Daniels___
        Name: James Lee Daniels
        Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: ___John Vieira___
        Name: John Vieira
        Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Jennifer Bertero_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Jennifer Bertero_
Name:
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Joan Affleck_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of John Affleck_
     Name: _Joan Affleck_
     Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
     Name: John Vieira
     Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 4th day of April, 2018 (the "Effective Date"), by and between John Flanigan ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment._ Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption._ As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery._ Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors._ This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law._ This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _____
Name: John Flanigan
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
Name: Bryan Landadio
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _30TH_ day of _March_, 2018 (the "Effective Date"), by and between _Mark Ackland_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _____
Name: MARK ACKLAND
Title:

**ASSIGNEE:**

Personal CFO Solutions, LLC

By: _____
Name: Bryan Landadio
Title: Managing Director

-1-

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Marshall Williams_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Marshall Williams_
      Name: _Marshall Williams_
      Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
      Name: John Vieira
      Title: Managing Director

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4_ day of _____, 2018 (the "Effective Date"), by and between _Mary Ann Steiner_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Bryan Candela for Mary Ann Steiner_
       Name:
       Title:

**ASSIGNEE:**

Personal CFO Solutions, LLC

By: _____
       Name: Bryan Landadio
       Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Mary Jane Johnston_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment._ Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption._ As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery._ Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors._ This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law._ This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Mary Jane Johnston_
Name: _Mary Jane Johnston_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___3rd___ day of ___April___, 2018 (the "Effective Date"), by and between ___Michael O'Rourke___ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Mike O'Rourke_
Name: Michael O'Rourke
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Nivaldo Venturini_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Nivaldo Venturini_
    Name: _Nivaldo Venturini_
    Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
    Name: John Vieira
    Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4_ day of _April_, 2018 (the "Effective Date"), by and between _Patrick Bergstedt_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Bryan Candado on behalf of Patrick Bergstedt_
Name:
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
Name: Bryan Candadio
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4_ day of _April_____, 2018 (the "Effective Date"), by and between _Peter Hong_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Bryan Cadena on behalf of_
Name:                     _Peter Hong_
Title:

**ASSIGNEE:**

Personal CFO Solutions, LLC

By: _____
Name: Bryan Landadio
Title: Managing Director

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __3__ day of __April__, 2018 (the "Effective Date"), by and between _Richard Andrian_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Bryan Landadio on behalf of Richard Andrian_
Name:
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
Name: Bryan Landadio
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _21st_ day of ___March___, 2018 (the "Effective Date"), by and between _Richard McGlynn_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _____

Name:

Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____

Name: John Vieira

Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Rob Pilgrim_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Rob Pilgrim_

Name: _Robert Pilgrim_

Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John F. Vieira_

Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Ross Rocklin_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on Behalf of Ross Rocklin_
Name: _Ross Rocklin_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___3rd___ day of _April_, 2018 (the "Effective Date"), by and between _Shirley Dickinson_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Shirley Dickinson_
Name: _Shirley Dickinson_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Stephen Cibi_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _____

Name: _Stephen Cibi_

Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____

Name: John Vieira

Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ⟨3⟩ day of ⟨April⟩_____, 2018 (the "Effective Date"), by and between ⟨Susan Devine⟩ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: ⟨Suk⟩ — on behalf of Susan Devine
Name:
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
Name: Bryan Nandadio
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _21st_ day of _March_ , 2018 (the "Effective Date"), by and between _Victoria McGlynn_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.   Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.   Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.   Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.   Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.   Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Victoria A. McGlynn_
    Name:
    Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
    Name: John Vieira
    Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4_ day of _April_, 2018 (the "Effective Date"), by and between _William Warnick_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Ryan Cordier on behalf of_
Name: _William Warnick_
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
Name: Bryan Landadio
Title: Managing Director

- 1 -

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3_ day of _April_, 2018 (the "Effective Date"), by and between _William Woodbery_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _Bryan Candedo on behalf of William Woodbow_
Name:
Title:

**ASSIGNEE:**

Personal CFO Solutions, LLC

By:
Name: Bryan Landadio
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___3rd___ day of ___April___, 2018 (the "Effective Date"), by and between _Christina Fornecker & Amy Hopf_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vieira on behalf of Christina Fornecker & Amy Hopf_
    Name: _Christina A Forecker / Amy Hopf_
    Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vieira_
    Name: John Vieira
    Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Carl Kelly Trust, Erinn Gringa_ _&_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties"). _Jennifer Patton_

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**   _John Vieira on Behalf of_

By: _Carl Kelly Trust, Erinn Gringa, Jennifer Patton_
   Name: _Carl Kelly Trust, Erinn Gringa  & Jennifer Patton_
   Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _____
   Name: John Vieira
   Title: Managing Director

-1-

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the *3rd* day of *April*, 2018 (the "Effective Date"), by and between *Matthew & Joan Carey* ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: *John Vieira on Behalf of Matthew & Joan Carey*
Name: *Matthews Jan Carey*
Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: *John Vieira*
Name: John Vieira
Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_, 2018 (the "Effective Date"), by and between _Cille & Nigel Longshaw_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

     1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

     2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

     3.    Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

     4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

     5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

**ASSIGNOR:**

By: _John Vau on Behalf of Cille & Nigel Longshaw_
    Name: _Cille & Nigel Longshaw_
    Title:

**ASSIGNEE:**

**Personal CFO Solutions, LLC**

By: _John Vau_
    Name: John Vieira
    Title: Managing Director

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_ , 2018 (the "Effective Date"), by and between _Alexandra Rebay & Andrew McCarthy,_ ("Assignor") and Personal CFO Solutions, LLC ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Personal CFO Solutions, LLC hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of New Jersey.

### ASSIGNOR:

By: _On behalf of Alexandra Rebay & Andrew McCarthy_
Name: _Alexandra Rebay / Andrew McCarthy_
Title:

### ASSIGNEE:

**Personal CFO Solutions, LLC**

By: _John Vieira_
Name: John Vieira
Title: Managing Director

- 1 -