**EXHIBIT I**

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _MARCH_ , 2018 (the "Effective Date"), by and between _Nelson Akers Trust_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Alicia M. Rockwell trustee_

Name: _Nelson Akers Trust_
_Alicia Rockwell Trustee_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4_ day of _April_, 2018 (the "Effective Date"), by and between _Roberta Allison_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Roberta Allison_

Name: _Roberta Allison_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 3-27 day of March, 2018 , 2018 (the "Effective Date"), by and between Pamela Albertsen ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: Pamela Albertsen

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _27th_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Peter Albertsen_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Peter Albertsen_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _27_ day of _March_, 2018 (the "Effective Date"), by and between _Richard Anderson_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Richard Anderson_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 31 day of March, 2018 (the "Effective Date"), by and between *Patricia Barone* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Patricia Barone_
    Name: *Patricia Barone*

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29th_ day of _March_, 2018 (the "Effective Date"), by and between _Rosemary Battistoni_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

ASSIGNOR:

By: _Rosemary Battistoni_
    Name: _Rosemary Battistoni_

ASSIGNEE:

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3o_ day of _March_, 2018 (the "Effective Date"), by and between _Carol Bozena_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Carol A Bozena_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __27__ day of __March___, 2018 (the "Effective Date"), by and between _Joseph Byrne_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Joseph Byrne_

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _37_ day of _March_, 2018 (the "Effective Date"), by and between _Anne Campbell_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Anne Campbell_

Name: _Anne Campbell_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _2̲S̲_ day of _m̲ȧ̲r̲c̲h̲_, 2018 (the "Effective Date"), by and between _D̲o̲n̲n̲a̲ ̲C̲a̲m̲p̲b̲e̲l̲l̲_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: Donna Campbell

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _30_ day of _Marthe_, 2018 (the "Effective Date"), by and between _Leona Caron_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
     Name: _Leona Caron_

**ASSIGNEE:**

By: _____
     Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Deborah Cavanaugh_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Deborah Cavanaugh_
Name: _Deborah Cavanaugh_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _24th_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Joseph Ciullo_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties"). _Kathleen Ciullo_

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Joseph Ciullo_    _KATHLEEN_
Name: _Kathleen_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Joseph Ciullo_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Joseph Ciullo_
Name:

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Elizabeth Clark_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment**. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption**. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery**. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors**. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law**. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Elizabeth Clark_
Name: _Elizabeth Clark_
_3/28/2018_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___ day of _____, 2018 (the "Effective Date"), by and between _Julie Cochran_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

ASSIGNOR:

By: _____
       Name: _Julie Cochran_

ASSIGNEE:

By: _____
       Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Betty Cole_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

*The Parties hereby* agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Betty Cole_
Name: _Betty Cole_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Beth Collins_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _(signature)_
Name: _Beth Collins_

**ASSIGNEE:**

By: _(signature)_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $\underline{26}^{th}$ day of $\underline{\text{March}}$, 2018 (the "Effective Date"), by and between $\underline{\text{J Myron Crawford}}$ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _J. Myron Crawford_
      Name: J Myron Crawford

**ASSIGNEE:**

By: _John W Kapouch_
      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _2nd_ day of _April_, 2018 (the "Effective Date"), by and between _Marilyn Cross_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Marilyn de Cross_

Name: _Marilyn Cross_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _MARCH_ , 2018 (the "Effective Date"), by and between _Paul Deleeuw_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

      Name: _Paul Deleeuw_

**ASSIGNEE:**

By: _____

      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___6___ day of _____April____, 2018 (the "Effective Date"), by and between _Lorrie Devine_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Lorrie D. Devine_
    Name: _Lorrie Devine_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of _March_, 2018 (the "Effective Date"), by and between _Lauren Di Donna_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Lauren Di Donna_

    Name: _Lauren Di Donna_

**ASSIGNEE:**

By: _John W Kapouch_

    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Raymond DiDonna_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
      Name: Raymond DiDonna

**ASSIGNEE:**

By: _____
      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_ , 2018 (the "Effective Date"), by and between _Constance Donovan_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Constance Donovan_
    Name: _Constance Donovan_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Susan Duncan_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Susan R. Duncan_
    Name: _Susan Duncan_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28 day of March, 2018 (the "Effective Date"), by and between *William Duncan* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _William M. Duncan_
Name: William Duncan

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___28ᵗʰ___day of ___March___, 2018 (the "Effective Date"), by and between _Florence Eddins_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Florence T. Eddins_ 3/28/2018
      Name: _Florence Eddins_

**ASSIGNEE:**

By: _John W Kapouch_
      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Ellen Eldridge_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Ellen Eldridge_
Name: _Ellen Eldridge_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _1st_ day of _april_ , 2018 (the "Effective Date"), by and between _David Englert_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _David Englert_
       Name: _David Englert_

**ASSIGNEE:**

By: _John W Kapouch_
       Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4_ day of _APRIL_, 2018 (the "Effective Date"), by and between _M Frost_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Virginia R Walsh_
     Name: _M Frost_            _POA_.

**ASSIGNEE:**

By: _John W Kapouch_
     Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _March_, 2018 (the "Effective Date"), by and between _Eva Espinosa_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Eva Espinosa_
    Name: _Eva Espinosa_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3ʳᵈ_ day of _April_, 2018 (the "Effective Date"), by and between _Janet Esposito_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By _____
Name: Janet Esposito

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 3rd day of _April_, 2018 (the "Effective Date"), by and between _Richard Esposito_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: Richard Esposito

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _____day of _____, 2018 (the "Effective Date"), by and between _Mark Ferraro_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Mark Ferraro_

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of March , 2018 (the "Effective Date"), by and between Peter Ferrigno ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
        Name: Peter Ferrigno

**ASSIGNEE:**

By: _____
        Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __/__ day of __APRIL__, 2018 (the "Effective Date"), by and between _Ann Finholt_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Ann Finholt_
Name: _Ann Finholt_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of March, 2018 (the "Effective Date"), by and between _Blaine Foltz_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____ 3/28/18
    Name: _Blaine Foltz_

**ASSIGNEE:**

By: _____
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ____ day of _March_, 2018 (the "Effective Date"), by and between _M Kathleen Golec_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _M Cathleen Golec_

Name: _M Kathleen Golec_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___3___ day of ___April___, 2018 (the "Effective Date"), by and between _Stephan Grevious_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Stephen Grevious_
Name: _Stephen Grevious_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _March_, 2018 (the "Effective Date"), by and between _Renee Guilmette_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Renée Guilmette_
    Name: _Renee Gailmette_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ‾29ᵗʰ‾ day of _MARCH_ , 2018 (the "Effective Date"), by and between _Glenn Guthrie_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
        Name: _Glenn Guthrie_

**ASSIGNEE:**

By: _____
        Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 29TH day of MARCH , 2018 (the "Effective Date"), by and between Julie Guthrie ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
    Name: Julie Guthrie

**ASSIGNEE:**

By: _____
    Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Joan Hanlon_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Joan B Hanlon_
    Name: _Joan Hanlon_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _03_ day of _April_, 2018 (the "Effective Date"), by and between _Maryrose Hoffman_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Maryrose Hoffman_    4/3/18.
Name: _Maryrose Hoffman_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Francie Holmes_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Francie Holmes_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _March_ , 2018 (the "Effective Date"), by and between _Elizabeth Horvay_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Elizabeth Horvay_
       Name:


**ASSIGNEE:**


By: _John W Kapouch_
       Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the  $30$  day of MARCH , 2018 (the "Effective Date"), by and between *Robert Houlihan* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Robert Houlihan_
Name:

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_____, 2018 (the "Effective Date"), by and between _Donald Illig_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Esther M Quen, POA_
      Name:  _Donald Illig_


**ASSIGNEE:**

By: _John W Kapouch_
      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _MARCH_ , 2018 (the "Effective Date"), by and between _Daniel Kain_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: Daniel Kain

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Laila Kain_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Laila Kain_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Frederick Kapinos_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
    Name: _Frederick Kapinos_

**ASSIGNEE:**

By: _____
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _2ND_ day of _APRIL_, 2018 (the "Effective Date"), by and between _Judith Kaufman_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Judith Kaufman_
Name: Judith Kaufman

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

1a.  The previous clause notwithstanding assignor retains the right to make a claim against More For Less Financial Solutions if assignor deems that such a claim is necessary and warranted.

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _30_ day of _March_, 2018 (the "Effective Date"), by and between _Brian Kramer_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
           Name: _Brian Kramer_

**ASSIGNEE:**

By: _____
           Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of ___march___, 2018 (the "Effective Date"), by and between _Colleen Krawiec_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Colleen Krawiec_

**ASSIGNEE:**

By: _John W. Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _7ᵗʰ_ day of
_Apr. 1_____, 2018 (the "Effective Date"), by and between _John Kurkjian_
("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto
Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of
action of any kind whatsoever that the Assignor has or may have arising from violations of the
federal securities laws of the United States of America in connection with the purchases of
securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX
Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts
the foregoing assignment and agrees to assume and perform all obligations of Assignor with
respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any
recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such
recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the
parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance
with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
        Name: _John Kurkjian_

**ASSIGNEE:**

By: _John W Kapouch_____
        Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Maryann Kerkjian_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Maryann Kerkjian_
Name: _Maryann Kerkjian_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 29 day of March, 2018 (the "Effective Date"), by and between *Paul Lamonaca* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
    Name: Paul La Monaca

**ASSIGNEE:**

By: _____
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ⟨24⟩ day of ⟨March⟩, 2018 (the "Effective Date"), by and between *Roberta LaMonaca* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: *Roberta LaMonaca*
    Name: *Roberta LaMonaca*

**ASSIGNEE:**

By: *John W Kapouch*
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Michaline Litwin_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Michaline Litwinczyk_

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of __MARCH__, 2018 (the "Effective Date"), by and between _Sarah Locher_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Sarah E Jorden_
        Name: _Sarah Locher_

**ASSIGNEE:**

By: _John W Kapouch_
        Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Joseph Magdol_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: Joseph Magdol

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Melinda Mailhot_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Melinda Mailhot_
Name: _Melinda Mailhot_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _March_, 2018 (the "Effective Date"), by and between _Katherine Mayshar_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Katherine Mayshar_
Name: _Katherine Mayshar_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of March____, 2018 (the "Effective Date"), by and between _Nancy McKnett_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
     Name: Nancy McKnett

**ASSIGNEE:**

By: _____
     Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___2?__ day of ___March___, 2018 (the "Effective Date"), by and between _Richard McKnett_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Richard Mc Knett_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __28__ day of __March__, 2018 (the "Effective Date"), by and between _Cheryl Melillo_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Cheryl Melillo_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29_ day of _March_, 2018 (the "Effective Date"), by and between _Mary Beth Miller_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Mary Beth Mill_
Name: _Mary Beth Miller_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3rd_ day of _April_ , 2018 (the "Effective Date"), by and between _Lynne Minard_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Lynne S. Minard_
   Name: _Lynne Minard_

**ASSIGNEE:**

By: _John W Kapouch_
   Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _MARCH_ , 2018 (the "Effective Date"), by and between _Frank Minard_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Frank Minard_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3_ day of _APRIL_, 2018 (the "Effective Date"), by and between _Margaret Farrell O'Kee_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Margaret Farrell O'Keefe_
Name _Margaret Farrell O'Keefe_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_ , 2018 (the "Effective Date"), by and between _Peter O'Neill_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Peter O'Neill_

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _3/_ day of _MARCH_, 2018 (the "Effective Date"), by and between _Janelle Pelletier_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Janelle Pelletier_

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 6 day of April , 2018 (the "Effective Date"), by and between Valeria Raggio ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: Roggio

Name: Valeria Raggio

**ASSIGNEE:**

By: John W Kapouch

Name: John W. Kapolch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 30TH day of MARCH , 2018 (the "Effective Date"), by and between _Paul Repasy_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Paul Repasy_
        Name: _Paul Repasy_

**ASSIGNEE:**

By: _John W Kapouch_
        Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _Linda Roberts_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Linda Robert_

Name: _Linda Roberts_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 29 day of MARCH, 2018 (the "Effective Date"), by and between Alicia Rockwell ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Alicia M. Rockwell_
Name: Alicia Rockwell

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_ , 2018 (the "Effective Date"), by and between _Alison Roessle_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: Alison Roessle

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the __28__ day of __March__, 2018 (the "Effective Date"), by and between _Clare Rossini_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _Clare Rossini_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _31_ day of ___March___, 2018 (the "Effective Date"), by and between _W Guthrie Sayen_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: _W Guthrie Sayen_

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28_ day of _March_, 2018 (the "Effective Date"), by and between _John Schaefer_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
    Name: _John Schaefer_

**ASSIGNEE:**

By: _____
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28 ᵀᴴ_ day of _MARCH_, 2018 (the "Effective Date"), by and between _George Scheibner_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
       Name: _George Scheibner_

**ASSIGNEE:**

By: _____
       Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of March, 2018 (the "Effective Date"), by and between *Irene Scheibner* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: *Irene Scheibner*

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of March, 2018 (the "Effective Date"), by and between Paul Schoonmaker ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Paul Schoonmaker_
Name: Paul Schoonmaker

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ⟨29⟩ day of ⟨March⟩, 2018 (the "Effective Date"), by and between ⟨Frank Schwartz⟩ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  **Assignment.** Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  **Acceptance and Assumption.** As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  **Remittance of Recovery.** Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  **Successors.** This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  **Governing Law.** This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

Name: ⟨Frank Schwartz⟩

**ASSIGNEE:**

By: _____

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Barbara Sheldon_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Bud S Coll's PGA_
Name: _Barbara Sheldon_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Nancy Sherry_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Nancy Sherry_
Name: _Nancy Sherry_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Jonathan Stolzenberg_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Jonathan Stolzenberg_
    Name: Jonathan Stolzenberg

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $28$ day of March , 2018 (the "Effective Date"), by and between *Claire Strand* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.   Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.   Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.   Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.   Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.   Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name:   *Claire Strand*

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 28th day of March, 2018 (the "Effective Date"), by and between _Paul thoma_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

   Name: _Paul thoma_

**ASSIGNEE:**

By: _____

   Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ~~3/30/18~~ 30th day of __March__, 2018 (the "Effective Date"), by and between _Ann Tremml_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  _Assignment_. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  _Acceptance and Assumption_. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  _Remittance of Recovery_. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  _Successors_. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  _Governing Law_. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Ann Tremml_
    Name: _Ann Tremml_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___5___ day of ___April___, 2018 (the "Effective Date"), by and between *Paul Tulikangas* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: *Paul Tulikangas*

**ASSIGNEE:**

By: _____
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _5_ day of _APRIL_, 2018 (the "Effective Date"), by and between _Anne Twigg Trust_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
    Name: _Ann Twigg Trust_
            _Michele Twigg Trustee_

**ASSIGNEE:**

By: _John W Kapouch_
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _5_ day of _April_, 2018 (the "Effective Date"), by and between _Bridget Twigg Trust_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
    Name: _Bridget Twigg Trust_
    _Michele Twigg Trustee_

**ASSIGNEE:**

By: _____
    Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the ___5___ day of ___APRIL___, 2018 (the "Effective Date"), by and between *Christine Twigg Trust* ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____ *TWKANEAS*
      Name: *Christine Twigg Trust*
            *Michele Twigg Trustee*

**ASSIGNEE:**

By: _____
      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _5_ day of _APRIL_, 2018 (the "Effective Date"), by and between _Michele Twigg_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
      Name: _Michele Twigg_

**ASSIGNEE:**

By: _____
      Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Michele Twigg 1982 Trust_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. **Assignment**. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. **Acceptance and Assumption**. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. **Remittance of Recovery**. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. **Successors**. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. **Governing Law**. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
Name: _Michele Twigg 1982 Trust_
_Chip Martin, Trustee_
_Concord Trust Company, Trustee_

**ASSIGNEE:** _Christopher Martin, Principal_

By: _____
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Joan Twiggs_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Joan Twiggs_

Name: Joan Twiggs

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _27_ day of _March_, 2018 (the "Effective Date"), by and between _Donna Valente_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.  Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.  Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.  Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.  Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.  Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Donna Valente_
　　Name: _Donna Valente_


**ASSIGNEE:**

By: _John W Kapouch_
　　Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _1st_ day of
_April_, 2018 (the "Effective Date"), by and between _Mary Verdick_
("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Mary Verdick_
Name: _Mary Verdick_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the $3$ day of April , 2018 (the "Effective Date"), by and between _Joseph Wasta_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2. <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3. <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By:

Name: _Joseph Wasta_

**ASSIGNEE:**

By: _John W Kapouch_

Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _28th_ day of _March_, 2018 (the "Effective Date"), by and between _Michael Waste_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.     <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.     <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.     <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.     <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____

      Name: _Michael Wasta_

**ASSIGNEE:**

By: _____

      Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _29th_ day of _March_, 2018 (the "Effective Date"), by and between _Deborah Wright_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    <u>Acceptance and Assumption</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    <u>Remittance of Recovery</u>. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    <u>Successors</u>. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    <u>Governing Law</u>. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _Deborah Wright_
Name: _Deborah Wright_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the _4ᵗʰ_ day of _April_, 2018 (the "Effective Date"), by and between _Barbara Britt_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.      Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.      Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.      Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.      Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.      Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _John W Kapouch_
Name: _John W Kapouch POA_
_Barbara Britt_

**ASSIGNEE:**

By: _John W Kapouch_
Name: John W. Kapouch

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into as of the 9ᵗʰ day of April, 2018 (the "Effective Date"), by and between _Celia Lewis_ ("Assignor") and John W. Kapouch ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1.    Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in Assignor's claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with the purchases of securities of the LJM Preservation and Growth Fund (ticker: LJMIX/LJMAX) (the "LJMIX Claims").

2.    Acceptance and Assumption. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to assume and perform all obligations of Assignor with respect to the LJMIX Claims.

3.    Remittance of Recovery. Assignee hereby agrees that in the event it obtains any recovery in connection with its prosecution of the LJMIX Claims, it will upon receipt of such recovery, promptly remit such recovery to Assignor.

4.    Successors. This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5.    Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of Connecticut.

**ASSIGNOR:**

By: _____
       Name: _Celia Lewis_

**ASSIGNEE:**

By: _____
       Name: John W. Kapouch