# EXHIBIT B

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 14, 2012

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

**RICHARD D. CUDAHY**, *Circuit Judge*

**DIANE P. WOOD**, *Circuit Judge*

**JOHN DANIEL TINDER**, *Circuit Judge*

| No.: 12-2181 | IN RE: <br> IRONWORKERS GROUP, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:11-cv-08332 <br> District Judge Amy J. St. Eve ||

The following is before the court:

1. **PETITION FOR WRIT OF MANDAMUS**, filed on May 15, 2012, by counsel for the petitioner.

2. **LEAD PLAINTIFFS' RESPONSE TO IRONWORKS GROUP'S PETITION FOR WRIT OF MANDAMUS**, filed on May 29, 2012, by counsel for parties in interest,

**IT IS ORDERED** that the Petition for Writ of Mandamus is **DENIED**