# EXHIBIT C

**DECLARATION OF ASSIGNMENT BY** _Apps Living Trust  Schwab #▮▮▮▮_
**TO SRS CAPITAL ADVISORS, INC.**

I, Jerold J. & , hereby declare as follows:
Ruth E. Apps

1.        I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.        SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.        After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.        Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____5_____ day of ___March___, 2018.

For SRS Capital Advisors, Inc.:

Jerold W Apps Trustee

Ruth E Apps Trustee

**DECLARATION OF ASSIGNMENT BY** Charles Mitchell Toms III SIMPLE IRA
**TO SRS CAPITAL ADVISORS, INC.** Schwab #▮▮▮▮

I, ̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖̖, hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statures, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7th___ day of ___March___, 2018.



                                                            **For SRS Capital Advisors, Inc.:**



Charles Mitchell Toms III

## DECLARATION OF ASSIGNMENT BY CHESTNUT CAPITAL PARTNERS LP, TO SRS CAPITAL ADVISORS, INC.

I, Chestnut Capital Partners, LP, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___8th___ day of ___MARCH___, 2018.


_____

**For SRS Capital Advisors, Inc.:**

_____

**DECLARATION OF ASSIGNMENT BY** _Cynthia S Gershenoff IRA_ Schwab # ████
**TO SRS CAPITAL ADVISORS, INC.**

I, Cynthia Gershenoff, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1__ day of _March_, 2018.

**For SRS Capital Advisors, Inc.:**

Cynthia S Gershenoff

**DECLARATION OF ASSIGNMENT BY** _DeClark Family Family Trust Schwab Acct #_ ▊
**TO SRS CAPITAL ADVISORS, INC.**

I, ~~Richard DeClark~~ ~~Jonch DeClark~~, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _28th_ day of _February_ 2018.

For SRS Capital Advisors, Inc.:

Richard DeClark - Trustee

Janet DeClark - Trustee

1901993-1
02/22/2018 01.39 PM

2

**DECLARATION OF ASSIGNMENT BY** _Richard DeClark Irr Trust Schwab #_██████
**TO SRS CAPITAL ADVISORS, INC.**

I, Bruce Snyder, hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___1ˢᵗ___ day of ___March___, 2018.

For SRS Capital Advisors, Inc.:

_____

_____

Bruce Snyder TTEE

**DECLARATION OF ASSIGNMENT BY** _Mathew C DeClark Irr Trust Schwab #_ ████
**TO SRS CAPITAL ADVISORS, INC.**

I, Bruce Snyder, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1st__ day of __March__, 2018.

For SRS Capital Advisors, Inc.:

_____

_____
Bruce Snyder TTEE

**DECLARATION OF ASSIGNMENT BY** _Denise Durkee IRA Schwab_ ███████
**TO SRS CAPITAL ADVISORS, INC.**

I, Denise Durkee , hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of _March_, 2018.

For SRS Capital Advisors, Inc.:

Denise Durkee

**DECLARATION OF ASSIGNMENT BY** _Denise Durkee IRA Schwab #_ ██████
**TO SRS CAPITAL ADVISORS, INC.**

I, Denise Durkee , hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _2nd_ day of _March_, 2018.

For SRS Capital Advisors, Inc.:

Denise Durkee

**DECLARATION OF ASSIGNMENT BY** ELIZABETH L RIORDAN (ROTH IRA)
**TO SRS CAPITAL ADVISORS, INC.**

I, ELIZABETH L RIORDAN , hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery. -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __28th__ day of __FEBRUARY__, 2018.

For SRS Capital Advisors, Inc.:

**DECLARATION OF ASSIGNMENT BY** _Emalea R Landgraf_  Schwab # ▮▮▮▮▮▮
**TO SRS CAPITAL ADVISORS, INC.**

I, Emalea R Landgraf, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___1st___ day of ___March___, 2018.


For SRS Capital Advisors, Inc.:


_____

_____
Emalea Landgraf

# DECLARATION OF ASSIGNMENT BY _HERBERT H. SOUTH , IRA ROLLOVER_ TO SRS CAPITAL ADVISORS, INC.

I, _HERBERT H. SOUTH_ hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of _mawn_, 2018.

For SRS Capital Advisors, Inc.:

*Herbert H. South*

*Peter Chen*

## DECLARATION OF ASSIGNMENT BY HEATHER M. VICTOR,
## TO SRS CAPITAL ADVISORS, INC.

I, Heather M. Victor, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss,  I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof,  I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2018.

For SRS Capital Advisors, Inc. :

**DECLARATION OF ASSIGNMENT BY** _Jeffrey W Apps IRA_ Schwab # ████████
**TO SRS CAPITAL ADVISORS, INC.**

I, Jeffrey W Apps , hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1st__ day of __March__, 2018.


For SRS Capital Advisors, Inc.:

_____

_____
Jeffrey Apps

**DECLARATION OF ASSIGNMENT BY** ‏Jerold W Apps IRA  Schwab████
**TO SRS CAPITAL ADVISORS, INC.**

I, *Jerold w. Apps* hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of _Mach_, 2018.

For SRS Capital Advisors, Inc.:

_____

_____
Jerold W Apps

**DECLARATION OF ASSIGNMENT BY** _Karen A Eyrich IRA Schwab_ ▮▮▮
**TO SRS CAPITAL ADVISORS, INC.**

I, _Karen A Eyrich_      , hereby declare as follows:

1.        I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.        SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.        After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.        Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____/____ day of ___March___, 2018.


For SRS Capital Advisors, Inc.:

_____


_____
Karen A Eyrich

**DECLARATION OF ASSIGNMENT BY** _Tara Kerrigan Schwab_ Acct # ███
**TO SRS CAPITAL ADVISORS, INC.**

I, _Tara Kerrigan_ hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _13th_ day of _March_, 2018.


**For SRS Capital Advisors, Inc.:**

_____

_____
Tara Kerrigan

**DECLARATION OF ASSIGNMENT BY** _Tara Kerrigan IRA Schwab Acct #█████_
**TO SRS CAPITAL ADVISORS, INC.**

I, _Tara Kerrigan_ hereby declare as follows:

1.       I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.       SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.       After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.       Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2018.

**For SRS Capital Advisors, Inc.:**

Tara Kerrigan

## DECLARATION OF ASSIGNMENT BY _BK Asset Management Trust Schwab Act ████
## TO SRS CAPITAL ADVISORS, INC.

I, *Tara Kerrigan* I hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2018.

For SRS Capital Advisors, Inc.:

_____
Tara Kerrigan Trustee

**DECLARATION OF ASSIGNMENT BY** _NK Asset Management T_rust Schwab
**TO SRS CAPITAL ADVISORS, INC.**

I, *Tara Kerrigan*, hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __13th__ day of __March__, 2018.

**For SRS Capital Advisors, Inc.:**

_____
Tara Kerrigan - Trustee

**DECLARATION OF ASSIGNMENT BY** _Kerrigan Family Education Trust,Schwab #_ ████
**TO SRS CAPITAL ADVISORS, INC.**

I, _Tara Kerrigan_ hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this B̶t̶h̶ day of March, 2018.

For SRS Capital Advisors, Inc.:

_____

_____
Tara Kerrigan - Trustee

DECLARATION OF ASSIGNMENT BY _Larry T Kunst & Sharon A Kunst, JT Ten Schwab
TO SRS CAPITAL ADVISORS, INC.      Act #

We, Larry T. Kunst
I,                                , hereby declare as follows:
and Sharon A. Kunst

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal
knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment
Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to
facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title,
and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the
securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to
provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment:
(a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead
plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10,
2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems
appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning,
transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims,
demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal
securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM
and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3___ day of _MARCH_, 2018.

For SRS Capital Advisors, Inc.:

_____

_____
Larry Kunst

_____
Sharon Kunst

## DECLARATION OF ASSIGNMENT BY  Linda J Brodin  Schwab # ▓▓▓▓
## TO SRS CAPITAL ADVISORS, INC.

I, Linda J. Brodin, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss,  I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof,  I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

Scanned by CamScanner

5. Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7ᵗʰ day of March, 2018.

For SRS Capital Advisors, Inc.:

Linda J Brodin

Scanned by CamScanner

DECLARATION OF ASSIGNMENT BY  Mark Darrington IRA  Schwab #
TO SRS CAPITAL ADVISORS, INC.

I,  Mark Darrington  hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss,  I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof,  I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.       Further, I hereby appoint SRS Capital as my true and lawful attorney in-fact for the purpose of exercising all powers relating to such causes of action.

6.       SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.       I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of ___, 2018.

For SRS Capital Advisors, Inc.:

Mark J Darrington

**DECLARATION OF ASSIGNMENT BY** _Mark Darrington Sole Prop DBD ,Schwab_ ▮
**TO SRS CAPITAL ADVISORS, INC.**

I, _Mark Darrington_ , hereby declare as follows:

1. I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2. SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _4th_ day of _March_, 2018.

For SRS Capital Advisors, Inc.:

Mark J Darrington

DECLARATION OF ASSIGNMENT BY _Mary E Carter IRA  Schwab████████
TO SRS CAPITAL ADVISORS, INC.

I, Mary E. Carter, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2018.

For SRS Capital Advisors, Inc.:

_____

_____

Mary Carter

## DECLARATION OF ASSIGNMENT BY MULACH STEEL CORPORATIONI, TO SRS CAPITAL ADVISORS, INC.

I, Mulach Steel Corporation, hereby declare as follows:

1.　　I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.　　SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.　　After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.　　Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _8th_ day of _March_, 2018.

For SRS Capital Advisors, Inc.:

## DECLARATION OF ASSIGNMENT BY Patrick C South IRA
### TO SRS CAPITAL ADVISORS, INC.

I, Patrick Suth, hereby declare as follows:

1.     I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.       Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.       SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.       I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of __march__, 2018.

For SRS Capital Advisors, Inc.:

DECLARATION OF ASSIGNMENT BY  Robert P Carter IRA  Schwab # ████
TO SRS CAPITAL ADVISORS, INC.

I,  Robert P Carter , hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2018.

For SRS Capital Advisors, Inc.:

_____

Robert P Carter

**DECLARATION OF ASSIGNMENT BY** Richard DeClark IRA Schwab Acct ▮▮▮▮
**TO SRS CAPITAL ADVISORS, INC.**

I, Richard DeClark, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _28th_ day of _February_ 2018.

For SRS Capital Advisors, Inc.:

_____
Richard DeClark

# DECLARATION OF ASSIGNMENT BY SMITHFIELD TRUST COMPANY, TRUSTEE OF THE ROBERT W. RIORDAN 2013 TRUST DATED MARCH 13, 2013, TO SRS CAPITAL ADVISORS, INC.

SMITHFIELD TRUST COMPANY, TRUSTEE ("TRUSTEE") of the Robert W. Riordan 2013 Trust Dated March 13, 2013 ("TRUST"), hereby declares as follows:

1.    The Trust is a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and the Trustee has personal knowledge of all matters stated herein.

2.    SRS Capital serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.    After receiving notice from SRS Capital relating to the Trust's investment loss associated with the purchase of securities of LJM Preservation and Growth Fund ("LMJ"), in order to facilitate the recovery of the Trust's investment loss, Trustee has resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, held by the Trust, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering the Trust's investment loss, and subject to provisions of paragraph 6 hereof, Trustee hereby executes and submits this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on the Trust's behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that the Trust will be bound by the results of the litigation; and (c) assigning, transferring, setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, held by the Trust, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

5.    Further, the Trust hereby appoints SRS Capital as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    SRS Capital agrees to remit back to the Trust any proceeds received as a result of this Assignment.

7.    Trustee understands that the Trust will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.  —

Trustee declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5_ day of _MARCH_ , 2018.


SMITHFIELD TRUST COMPANY,
TRUSTEE OF THE ROBERT W.
RIORDAN 2013 TRUST
DATED MARCH 13, 2013

By: _____

For SRS Capital Advisors, Inc.:


_____

**DECLARATION OF ASSIGNMENT BY ROBERT W. RIORDAN** ,
**TO SRS CAPITAL ADVISORS, INC.**

I, Robert W. Riordan, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _2ND_ day of _MARCH_ 2018.

**For SRS Capital Advisors, Inc.:**

_Robert W. Riordan_

DECLARATION OF ASSIGNMENT BY _Sharon A Kunst IRA_ Schwab # ███████
TO SRS CAPITAL ADVISORS, INC.

I, ___Sharon Kunst___ , hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3__ day of __March__, 2018.

For SRS Capital Advisors, Inc.:

Sharon Kunst

## DECLARATION OF ASSIGNMENT BY STEVEN CHAPMAN THOMAS & JUDITH EVANS THOMAS, TO SRS CAPITAL ADVISORS, INC.

We, Steven Chapman Thomas & Judith Evans Thomas, hereby declare as follows:

1.     We are a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.     SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __8th__ day of __MARCH__, 2018.


For SRS Capital Advisors, Inc.:

_____          _____

**DECLARATION OF ASSIGNMENT BY  Susan Apps-Bodilly IRA  Schwab ▮▮▮▮▮**
**TO SRS CAPITAL ADVISORS, INC.**

I,  Susan Apps-Bodilly, hereby declare as follows:

1.      I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.      SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss,  I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof,  I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____ day of ___March___, 2018.


For SRS Capital Advisors, Inc.:

_____

Susan Apps-Bodilly

**DECLARATION OF ASSIGNMENT BY** _Thomas D Haapala IRA_ Schwab▮▮▮
**TO SRS CAPITAL ADVISORS, INC.**

I, Thomas Haapala , hereby declare as follows:

1.       I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2.       SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.       After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss,  I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.       Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof,  I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such

I declare under penalty of perjury under the laws of the United States o. foregoing is true and correct.

Executed this __5th__ day of __March__, 2018.

For SRS Capital Advisors, Inc.:

Thomas Haupala

**DECLARATION OF ASSIGNMENT BY** _Vail Religious Foundation_  Schwab ▇▇▇▇
**TO SRS CAPITAL ADVISORS, INC.**

I, _Tim Wilbanks_ , hereby declare as follows:

1. I am a private client of SRS Capital Advisors, Inc. ("SRS Capital"), and have personal knowledge of all matters stated herein.

2. SRS Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from SRS Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of SRS Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private SRS Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as SRS deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to SRS Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint SRS Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      SRS Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _28ᵗʰ_ day of _February_, 2018.

For SRS Capital Advisors, Inc.:

ANGELOS, ELEANOR IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We) _Eleanor E. Angelos_ , hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of ___March___, 2018.

**Client:**

*Eleanor E. Gryglos*
Signature

*Private*
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

COSMO & CAROLINA AZZINNARI JT TEN

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), COSMO ~ CAROLINA AZZINNARI , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _13th_ day of ___March___, 2018.


**Client:**                                              **For Tradition Capital Management LLC:**


_____                         _____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

JORDAN BASEM SEP IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ JORDAN BASEM _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of ___MARCH___, 2018.

Client:                                              For Tradition Capital Management LLC:

_____                        _____
Signature                                            Michael C. Provine, J.D., LL.M.
                                                     Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*BEIERWALTES, WM H IRA-PRIME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___WILLIAM H. BEIERWALTES___, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7TH___ day of ___MARCH___, 2018.

Client:                                          For Tradition Capital Management LLC:

_____                 _____
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer
___PRIVATE_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

MICHAEL BLAZOSKI III & ELLEN M. BLAZOSKI JT TEN

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Michael Blazoski, III + Ellen M. Blazoski_ hereby declare as
follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___4th___ day of ___March___, 2018.

Client: Michael Blazoski, III
        Ellen M. Blazoski

_Michael Blazoski_
Signature Michael Blazoski III
Private
Capacity (private, trustee/fiduciary, institutional)

_Ellen M. Blazoski_
Signature Ellen M. Blazoski
Private
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_Michael C. Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

MONICA BLUM & JEFF SAVLOV LLP 401K PL

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Monica Blum, Jeff Savlov_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _23_ day of _February_ , 2018.

**Client:**

Momca Blum

Signature

private

Capacity (private, trustee/fiduciary, institutional)

Signature

Private

Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

BOYETT, DONALD ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Donald Boyett_ , hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of _March_, 2018.


Client:

For Tradition Capital Management LLC:

_____
Signature

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

DONALD BOYETT
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*BOYETT, MARTHA ROLLOVER IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Martha Boyett*_____, hereby declare as follows:

1.     I am/~~We are a~~ client (private)/trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of *March*, 2018.

**Client:**

*Martha Boyett*
_____
Signature

MARTHA BOYETT
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

BRADBURY, ED & EILEEN JT PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Edward + Eileen Bradbury_ , hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___*6*___ day of ___*MARCH*___, 2018.


**Client:**

___*Edward Bradbury*___
Signature

___*Joint Tenants*___
Capacity (private, trustee/fiduciary, institutional)

___*Eileen Bradbury*___
Signature

___*Joint Tenants*___
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

KARLA BRESS - PRIME

**DECLARATION OF ASSIGNMENT**
**TO TRADITION CAPITAL MANAGEMENT LLC**

I (We), ___Karla Bress_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _15th_ day of _March_, 2018.

**Client:**

**For Tradition Capital Management LLC:**

_Karla L. Bress_
Signature

_Michael C. Provine, J.D., LL.M._
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*PRICE RAFFLE & BROWNE PSP FBO PETER BROWNE*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Peter C. Browne_ , hereby declare as follows:

1.    I am/We are a client (private,) trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9___ day of ___April___, 2018.


Client:                                              For Tradition Capital Management LLC:

_____            _____
Signature                                            Michael C. Provine, J.D., LL.M.
                                                     Member and Chief Compliance Officer
Private / TRUSTEE
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _SHARON BUCCAFUSCO_____, hereby declare as follows:

1.     I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2018.


Client:                                                          For Tradition Capital Management LLC:


_____                          _____
Signature                                                        Michael C. Provine, J.D., LL.M.
                                                                      Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


1898522-3
02/14/2018 10:30 AM                                          2

JULIE BURNETT INH IRA BENE of SHIRLEY BURNETT

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Julie E. Burnett_ , hereby declare as follows:

1. I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __8__ day of __March__, 2018.

Client:                                                    For Tradition Capital Management LLC:

_Julie E Burnett_                          _[signature]_
Signature                                               Michael C. Provine, J.D., LL.M.
                                                                Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

JOSEPH CARROLL

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Joseph Carroll_____, hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7 day of March, 2018.

**Client:**

______________________________
Signature

Private
______________________________
Capacity (private, trustee/fiduciary, institutional)

______________________________
Signature

______________________________
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

______________________________
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

WILLIAM CARROLL

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We) _____ William Carroll _____ , hereby declare as

follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___6___ day of ___March___, 2018.

Client:                                                For Tradition Capital Management LLC:

_____                   _____
Signature                                              Michael C. Provine, J.D., LL.M.
                                                           Member and Chief Compliance Officer
WILLIAM  CARROLL
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

DECLARATION OF ASSIGNMENT
TO TRADITION CAPITAL MANAGEMENT LLC

I/We, _ Lucia Keller (Bonnie Castin Foundation) hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 30, 2018, in a class action against LJM or (ii) prosecuting such other action or (iii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4__ day of __April__          , 2018.

**Client:**                                                     For Tradition Capital Management LLC

__Lucia Collar__                                              <br>
Signature                                                      Michael C. Perrone, JD , LL.M.<br>
                                                               Member and Chief Compliance Officer

__Trustee, Bonnie Cashin Foundation__<br>
Capacity (private, trustee/fiduciary, institutional)

_____<br>
Signature

_____<br>
Capacity (private, trustee/fiduciary, institutional)

*JOANNE M K CHRISTOFFERSON BENE IRA*
*OF ISABEL MANCINELLI*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

(I)(We), ___Joanne Christofferson_____, hereby declare as follows:

1.  (I am)We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___6___ day of __March_____, 2018.


Client:                                                     For Tradition Capital Management LLC:


_Joanne Christofferson_____                   _____
Signature                                                   Michael C. Provine, J.D., LL.M.
                                                                  Member and Chief Compliance Officer
_Joanne Christofferson_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*62*

CLAUDY, PHILIP REV TR JUN. 1990

CLAUDY, BARBARA REV TR. AUG 1993

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _PHILIP R CLAUDY & BARBARA H CLAUDY_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3 rd_ day of _MARCH_, 2018.

Client:

_Philip R Claudy_
Signature

_private / trusTee_
Capacity (private, trustee/fiduciary, institutional)

_Barbara H. Claudy_
Signature

_private / trusTec_
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_Michael C. Provine, J.D., LL.M._
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*CLAUDY, PHILIP IRA PRIME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Philip R Claudy_____, hereby declare as follows:

1. I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7___ day of __MARCH_____, 2018.

Client:

_Phily R Clandy_____
Signature

___Private_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*Arlene Cochin IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___ARLENE   COCHIN_____, hereby declare as follows:

1.      I am/~~We~~ are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___1st___ day of ___March___, 2018.

Client:                                            For Tradition Capital Management LLC:

_Arlene Cochin_
Signature

_ARLENE COCHIN_
Capacity (private, trustee/fiduciary, institutional)

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*MELVYN COCHIN IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*MELVYN COCHIN*_____, hereby declare as follows:

1.     I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1st_ day of _March_, 2018.

Client:

_Melyn Cochin_ (signature)
Signature

_MELVYN COCHIN_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_Michael C. Provine_ (signature)
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

COOPER, SUSAN PRIME

COOPER, SUSAN P IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Susan Cooper_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3_ day of _MARCH_, 2018.


**Client:**                                      **For Tradition Capital Management LLC:**

_____                          _____
Signature                                         Michael C. Provine, J.D., LL.M.
                                                  Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

74

CORAPI APOLLO

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Apollo Corapi_, hereby declare as follows:

1.  I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2018.

Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

EMILY S COX IRA

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Emily S. Cox_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __6 th__ day of __March__, 2018.

**Client:**

*Emij Stox*
Signature

*se private*
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

54

*KENNETH R CUMMINGS &*
*MARILYN CUMMINGS JT TEN*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Kenneth R & Marilyn K Cummings* hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.       Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.       I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **3rd** day of *March*, 2018.

Client:

_Kenneth R Cummings_
_____
Signature

_Private_
_____
Capacity (private, trustee/fiduciary, institutional)

_Marilyn K. Cummings_
_____
Signature

_private_
_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*25*

*Dow, MARITA M.-Prime*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Marita M. Dow* _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3___ day of ___March___, 2018.


Client:                                                    For Tradition Capital Management LLC:


_____                    _____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*MARC R. DUVOISIN*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _MARC R. DUVOISIN_____, hereby declare as
follows:

     1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

     2.     Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

     3.     After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

     4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

     5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _27_ day of __MARCH__, 2018.


Client:                                    For Tradition Capital Management LLC:


_____                  _____
Signature                                  Michael C. Provine, J.D., LL.M.
                                           Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

PETER M. DUVOISIN R/O IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Peter M Duvoisin a Gane L. Duvoisin_ hereby declare as follows:

1.   I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.   Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.   After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.   Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.   Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3rd___ day of ___March___, 2018.


Client:                                         For Tradition Capital Management LLC:


_____                _____
Signature                                       Michael C. Provine, J.D., LL.M.
                                                Member and Chief Compliance Officer
_____PVT_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____pvt_____
Capacity (private, trustee/fiduciary, institutional)

*EADIE, MICHELE IRA*
*EADIE, MICHELE RYAN*
*EADIE, MICHELE ROTH IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Michele Eadie*_____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _4th_ day of _March_____, 2018.


**Client:**

_Michell Ryan Eadie_____
Signature

_Private_____
Capacity (private, trustee/fiduciary, institutional)


_Michele Ryan Eadie_____
Signature

_Private_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*EADIE IV W SCOTT ROTH IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _W Scott Eadie_ , hereby declare as follows:

1.  I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3rd_ day of _March_, 2018.

Client:                                                    For Tradition Capital Management LLC:

_____                                  _____
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                           Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

EADIE- MFE GSTT EXEMPT TRUST

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _William Scott Eadie, TTEE_, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of **Tradition Capital** Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

*I declare under* penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3ʳᵈ_ day of _March_, 2018.


Client:

_____ _TTEE_
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Thomas Logan Gunnar / Frank Effungwin_ hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3___ day of _____MARCH_____, 2018.

**Client:**

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

1898522-3
02/14/2018 10:30 AM

2

REGINA S. EINSTEIN R/O IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Regina EINSTEIN_ , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7___ day of ___March___, 2018.

Client:

_Regina Einstein_
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

1898522-3
02/14/2018 10:30 AM

2

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Rosanne Farrell_____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14__ day of __March__, 2018.


**Client:**

**For Tradition Capital Management LLC:**

_____
Signature

_____

_____
Signature

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

FRANI MICHELE FEIT

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Frani Feit_ , hereby declare as
follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1st__ day of __March__, 2018.

Client:

_____
Signature

Frani Feit
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

4

FOSTER, JOSEP H.

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Joseph Harman Foster_, hereby declare as follows:

1.   I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.   Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.   After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.   Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.   Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5 th_ day of ___March___, 2018.

Client:

_Joseph Harmon Foster_
Signature

_Private_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

THOMAS B. FOSTER

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____THOMAS  B FOSTER_____, hereby declare as follows:

1.      I am/We are a client(private/trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___6th___ day of ___March___, 2018.

**Client:**

_Thomas B. Foster_
Signature

_THOMAS B FOSTER_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

Christopher Gannon IRA & Christopher Gannon Personal Accounts

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Christopher Gannon_____, hereby declare as
follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2__ day of _____April_____, 2018.


Client:

*Christopher Gannon*
_____
Signature

_____Private_____
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*Gaspar*

GASPAR, KATHERINE PERSONAL

## DECLARATION OF ASSIGNMENT BY　　　,
## TO TRADITION CAPITAL MANAGEMENT LLC

I, *Katherine Gaspar*, hereby declare as follows:

1.　　　I am a private client of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.　　　Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.　　　After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.　　　Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _15th_ day of _February_ 2018.

**For Tradition Capital Management LLC:**

GORDISH, KEVIN L IRA PRIME

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __Kevin Louis Gordish_____, hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3___ day of _____March_____, 2018.

Client:                                         For Tradition Capital Management LLC:

_____              _____
Signature                                       Michael C. Provine, J.D., LL.M.
                                                Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

Kevin Gordish
34139 Birchwood
Westland MI 48186

JOYCE GRABOW

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Joyce Grabow_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of February 2018.

**Client:**

_Joyce Grabow_
Signature

_JOYCE GRABOW_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_Michael C. Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

NICOLE GRAY IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Nicole Gray_____, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___4th___ day of ___March___, 2018.

Client:

_____
Signature

___private___
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*JANICE GREENWALD IRA R/o*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Janice anthony Greenwald* _____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____ day of _____, 2018.


**Client:**                                                **For Tradition Capital Management LLC:**

_____          _____
Signature                                        Michael C. Provine, J.D., LL.M.
                                                      Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

GREGORY, PETER IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _PETER B. GREGORY and ANN M. GREGORY_, hereby declare as
follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3rd___ day of ___MARCH___, 2018.

Client:                                                          For Tradition Capital Management LLC:

_____                 _____
Signature                                                        Michael C. Provine, J.D., LL.M.
                                                                     Member and Chief Compliance Officer
___PRIVATE_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

___PRIVATE_____
Capacity (private, trustee/fiduciary, institutional)

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___Robert J Gregory___, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March , 2018.

Client:                                          For Tradition Capital Management LLC:

_____                        _____
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer
Private
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

EDWARD R GRISWOLD & JUDITH A GRISWOLD JTTEN

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Edward and Judith Griswold_, hereby declare as
follows:

1. I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3. After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5. Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this $\underline{26}$ day of $\underline{February}$, 2018.


Client:

_____
Edward R Griswold
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Judith A Griswold
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

52

HALLIBURTON, BILL IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Donald R. Halliburton ; Virginia H Halliburton* hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _4_ day of _MARCH_____, 2018.

Client:                                                    **For Tradition Capital Management LLC:**

_____          _____
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                                  Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*GERALD HALPERN IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _GERALD M. HALPERN_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___8___ day of __March__, 2018.


Client:

_AM Halpern_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*Hyunsook Harrigan IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Hyunsook Harrigan*_____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of _March_____, 2018.

**Client:**

_____
Signature

_Private_
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*STEPHEN FRANCIS HARRIGAN AS CUST*
*FOR JUN SCOTT HARRIGAN*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Stephen Francis Harrigan*_____ hereby declare as

follows:

      1.     I am/We are a client (private. (trustee/fiduciary,)or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

      2.     Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

      3.     After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

      4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

      5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of _March_, 2018.

Client:                                                   For Tradition Capital Management LLC:

_____                          _____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*STEPHEN FRANCIS HARRIGAN &*
*HYUNSOOK HARRIGAN Jnt.*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Stephen Francis Harrigan & Hyunsook Harrigan* hereby declare as
follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5th___ day of ___March___, 2018.

Client:

_____
Signature

___Private___
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

___Private___
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*STEPHEN FRANCIS HARRIGAN IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Stephen Francis Harrigan_____, hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5th___ day of ___March___, 2018.

Client:                                         **For Tradition Capital Management LLC:**

_____                        _____
Signature                                       Michael C. Provine, J.D., LL.M.
                                                Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*CAROLYN HAUER ROLLOVER IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Thomas P. and Carolyn S. Hauer* hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2018.

Client:                                               For Tradition Capital Management LLC:

_____                        _____
Signature                                          Michael C. Provine, J.D., LL.M.
                                                   Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

AUSTIN RICHMOND HOPKINS

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Astin Hopkins_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of March, 2018.

Client:                                                    For Tradition Capital Management LLC:

_____                   _____
Signature                                                 Michael C. Provine, J.D., LL.M.
                                                                Member and Chief Compliance Officer
Private
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

HOPKINS, BOBBIE IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____BARBARA H HOPKINS_____, hereby declare as follows:

1.        I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.        Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.        After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.        Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·        Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2018.


Client:                                                                For Tradition Capital Management LLC:

_____Barbara H. Hopkins_____          _____
Signature                                                          Michael C. Provine, J.D., LL.M.
                                                                         Member and Chief Compliance Officer
_____BARBARA HOPKINS_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

44

HOPKINS, CREDIT SHELTER PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _BARBARA H. HOPKINS, TTEE_____, hereby declare as follows:

1.     I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. ·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3rd_ day of _March_, 2018.

Client:                                          **For Tradition Capital Management LLC:**

_Barbara H. Hopkins_            _Michael Provine_

Signature                                      Michael C. Provine, J.D., LL.M.

_RICHMOND HOPKINS_           Member and Chief Compliance Officer
_BARBARA HOPKINS - CREDIT SHELTER TR_
Capacity (private, (trustee/fiduciary,) institutional)

Signature

Capacity (private, trustee/fiduciary, institutional)

TERRELL HOPKINS PERSONAL

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.       Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.       I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7___ day of ___March___, 2018.


**Client:**                         **For Tradition Capital Management LLC:**

_____        _____
Signature                             Michael C. Provine, J.D., LL.M.
                                       Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

J. CRAIG HUGELMEYER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _JOHN CRAIG HUGELMEYER_, hereby declare as follows:

1.  I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _16th_ day of _February_ 2018.

**For Tradition Capital Management LLC:**

ROBERT M. JANSEN IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _ROBERT M. JANSEN & ROBERTA A. JANSEN_, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.

Client:                                           For Tradition Capital Management LLC:

_____              _____
Signature                                         Michael C. Provine, J.D., LL.M.
                                                  Member and Chief Compliance Officer
PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)

JARR EQUITIES LLC

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Jarr Equities LLC_____, hereby declare as
follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __6__ day of __MARCH__, 2018.


**Client:**

_____
Signature

_Private_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_Private_                        _Private_
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*JEMAS/MILROD REV TR FEB 2007*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *William Jemas and Jane Milrod*, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 8 _____ day of _March_, 2018.

Client:                                                For **Tradition Capital Management LLC:**

_____                       _____
Signature                                              Michael C. Provine, J.D., LL.M.
                                                       Member and Chief Compliance Officer
_Trustee_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_Trustee_
Capacity (private, trustee/fiduciary, institutional)

JEMAS, WILLIAM IRA- PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____William Jemas_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __8__ day of __March__, 2018.

**Client:**

_____ _Jane Milind_
Signature

_____ _Private_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_Trustee_
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*MollyRose Jensen*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2018.

Client:                                                    For Tradition Capital Management LLC:

_____                       _____
Signature                                                 Michael C. Provine, J.D., LL.M.
Private                                                    Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

50

JESHION, MICHAEL & MARILYN JT

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Marilyn Jeshion & Michael Jeshion*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. .     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __5__ day of _March_, 2018.

**Client:**

 

_____
Signature

 

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

 

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

 

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

JOHNS Jr., LEIGH PSP

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), BETH + LEIGH JOHNS , hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9th___ day of ___March___, 2018.

Client:

_____
Signature

_____
Capacity (private) trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

1898522-3
02/14/2018 10:30 AM

2

12

JOHNSON, KAREN IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Karen L Johnson_____, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3_ day of ___March___, 2018.

Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

1898522-3
02/14/2018 10:30 AM

DAVID R. JONES IRA ROLLOVER

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (~~we~~), _____DAVID R. JONES_____, hereby declare as follows:

1.      I am/~~We are~~ a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of ___MARCH___, 2018.


**Client:**

_D R Jen._
Signature

PRIVATE
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_Michael C. Provine signature_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*JOSEPH, GREGORY (Personal)*
*GREGORY JOSEPH ROTH IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Gregory Joseph_ , hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___8th___ day of ___March___, 2018.


Client:                                               For Tradition Capital Management LLC:


_____                      _____
Signature                                             Michael C. Provine, J.D., LL.M.
                                                      Member and Chief Compliance Officer
Gregory Joseph
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*Kaiser, PAMELA IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _JEROME H. KAISER and PAMELA E. KAISER_, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4th__ day of __MARCH_____, 2018.

Client:

For Tradition Capital Management LLC:

_____
Signature

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)

P E. Kaise
_____
Signature

PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)

KATZ, BRIAN

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Brian Katz_, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _4th_ day of _March_, 2018.


Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

STACY KAZOR IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), Stacy Kazor , hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of __March__, 2018.

Client:                                                                    For Tradition Capital Management LLC:

Stacy Kanon
Signature                                                              Michael C. Provine, J.D., LL.M.
                                                                             Member and Chief Compliance Officer

Capacity (private, trustee/fiduciary, institutional)


Signature


Capacity (private, trustee/fiduciary, institutional)

KELLAR, LUCIA INH IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Lucia Kellar_____, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2__ day of __March__, 2018.


Client:                                                     For Tradition Capital Management LLC:


_____                            _____
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                           Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


1898322-3
02/14/2018 10:30 AM                                2

BRYAN KIENLEN - PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __BRYAN KIENLEN__, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ⟨3RD⟩ day of ⟨MARCH⟩, 2018.

Client:                                      **For Tradition Capital Management LLC:**

_____                     _____
Signature                                    Michael C. Provine, J.D., LL.M.
                                             Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

66

KIENLEN, LORRAINE M ROTH PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ *Lorraine Kienlen* _____, hereby declare as follows:

1. I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of ___March___, 2018.


Client:

_Larraine Kienlen_
Signature

_private_
Capacity (private, trustee/fiduciary, institutional)

_Larraine Kienlen_
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_Michael Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

KOZIOL, MARIE-EVE PERSONAL PCG

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), Marie-Eve Koziol , hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___8___ day of ___March___, 2018.


Client:

_____
Signature  Marie-Eve Koziol

Private
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

LAND JR. WILLIAM C. IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __WILLIAM LAND AND MARY LAND_____, hereby declare as follows:

1.        I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.        Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.        After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.        Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.        Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7th___ day of ___MARCH___, 2018.

Client:                                    For Tradition Capital Management LLC:

_William C. Land Jr_____                   _____
Signature                                  Michael C. Provine, J.D., LL.M.
                                           Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_Mary E. Land_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___MITCHELL  LEFKOFSKY___
___SALLY  LEFKOFSKY___, hereby declare as
follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5. ·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9___ day of ___MARCH___, 2018.


Client:                                                    For Tradition Capital Management LLC:


_____                          _____
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                               Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

55

LEHMANN, JEFFREY PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Jeffrey Lehman_____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of _March_, 2018.

Client:                                                    For Tradition Capital Management LLC:

_____          _____
Signature                                                 Michael C. Provine, J.D., LL.M.
                                                              Member and Chief Compliance Officer
JEFFREY L LEHMANN
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

56

LEHMANN, NAN PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ NAN LEHMANN _____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3RD day of March, 2018.

Client:                                                    **For Tradition Capital Management LLC:**

_Nan Lehmann_                                             _[signature]_
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                           Member and Chief Compliance Officer
_NAN LEHMANN_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

BRUCE LEVIN SEP IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Bruce + Cathy Levin_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3__ day of __MARCH__, 2018.


**Client:**

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*RUTH LEVIN FMLY TR. OCT 1999*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3rd___ day of _March_ , 2018.


Client:                                                    For Tradition Capital Management LLC:

_Ruth Levin_                                              _Michael C. Provine_
Signature                                                 Michael C. Provine, J.D., LL.M.
_Private_                                                 Member and Chief Compliance Officer
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*ADAM M. LEVY*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Adam Levy*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.

**Client:**

**For Tradition Capital Management LLC:**

_Adam Leuy_
Signature

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_Private_
Capacity (private, trustee/fiduciary, institutional)

Signature

Capacity (private, trustee/fiduciary, institutional)

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ Joy and Stuart Levy _____ hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _10th_ day of _March_____, 2018.

**Client:**

_Joy Levy_
_Stuart Levy_
Signature

Capacity (private, trustee/fiduciary, institutional)

_____
Signature

Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

SMITH, DOROTHY LINCOLN FUNDING

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Dorothy Lincoln Smith_, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March, 2018.

Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*60*

*LINCOLN, LISA REVTR - PRIME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ *Lisa Lincoln* _____, hereby declare as

follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of March, 2018.

**Client:**

_Lisa Lincoln_____
Signature

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

LUCIANO, JOSEPH - IRA PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Joseph Luciano_, hereby declare as follows:

1.       I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.       Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.       After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.       Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.       Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3 day of March, 2018.


**Client:**

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)



_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

51

MANCINELLI, ISABEL INH IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Isabel M. Mancinelli_ , hereby declare as follows:

1.  I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3rd_ day of _March_, 2018.

Client:

_____
Signature

_private_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*Louis Mancinelli IRA Rollover*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Louis Mancinelli*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __6__ day of ____March____, 2018.

Client:                                                     For Tradition Capital Management LLC:

_____            _____
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                               Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

MANELA, STEWART IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We) Stewart Manela Joanne Manela, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3rd__ day of __March__, 2018.

Client:

_____
Signature

__Institutional__
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

__Institutional__
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

1898522-3
02/14/2018 10:30 AM

2

PETER MARZAN R/O IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Peter Marzan_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Not to the exclusion of other action Necessary to ensure full recovery of losses

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7th___ day of ___March___, 2018.

Client:                                         For Tradition Capital Management LLC:

_____                       _____
Signature                                       Michael C. Provine, J.D., LL.M.
                                                Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*MATTIA, B & D JT PRIME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _BARNEY H. MATTIA AND Dolores MATTIA_, hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _27_ day of _FEBRUARY_, 2018.

Client:

_Signature_

_PRIVATE / CARNEY MATTIA_
Capacity (private, trustee/fiduciary, institutional)

_Signature_

_PRIVATE   DOLORES SIERRA MATTIA_
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Richard Mayor_____, hereby declare as follows:

1.  I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9th__ day of __March_____, 2018.


Client:                                                                    For Tradition Capital Management LLC:

_____            _____
Signature                                                               Michael C. Provine, J.D., LL.M.
                                                                               Member and Chief Compliance Officer

_____RICHARD MAYOR_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

MAYOR, SUSAN P. ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Susan Mayor_ , hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9th___ day of ___March___, 2018.

Client:

___Susan P. Mayor___
Signature

___Susan Mayor___
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

McDERMOTT, BRENDAN PRIME

DECLARATION OF ASSIGNMENT
TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Brendan X McDermott_ , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9th___ day of ___March___, 2018.


Client:                                                    For Tradition Capital Management LLC:


_____                        _____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

McDERMOTT, GREGORY S.

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Gregory M cDermott_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___4th___ day of ___MARCH___, 2018.

Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*MCDERMOTT RESIDUARY TR. DEC. 2011*
*P. MCDERMOTT & C. PALME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __The RESIDUARY TRUST__, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will **not** be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7___ day of ___MARCH___, 2018.

Client:                                              **For Tradition Capital Management LLC:**

_Colleen M Falome_                                      _____
Signature                                            Michael C. Provine, J.D., LL.M.

_Trustee_                                              Member and Chief Compliance Officer
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

SUSAN McKENNA CHARITABLE REMAINDER UNITRUST

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ SUSAN McKENNA _____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _7th_ day of _March_, 2018.


**Client:**

_Susan McKenna_
Signature          _Trustee_

_SUSAN MCKENNA-CRUT_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_Michael C. Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*SUSAN McKENNA IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*SUSAN McKENNA*_____, hereby declare as follows:

1.   I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.   Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.   After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.   Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·   Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _7"_ day of _Mearch_, 2018.


Client:                                        For Tradition Capital Management LLC:


_____                      _____
Signature                                       Michael C. Provine, J.D., LL.M.
                                                Member and Chief Compliance Officer

SUSAN MᶜKENNA
Capacity (private, trustee/fiduciary, institutional)



_____

Signature


_____

Capacity (private, trustee/fiduciary, institutional)

*26*

MEHTA, YEZDI & BINAIFER Jnt
YEZDI, MEHTA M

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), YEZDI MEHTA + BINAIFER MEDHORA MEHTA , hereby declare as

follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3rd_ day of ___MARCH___, 2018.


Client:                                                        For Tradition Capital Management LLC:



_____                 _____
Signature                                                      Michael C. Provine, J.D., LL.M.
                                                                       Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*ALISON MESKIN, BENE IRA OF ROBERT GRANGER*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Alison Meskin*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __5__ day of __March__, 2018.


Client:

For Tradition Capital Management LLC:

_Alex M. Meskin_

Signature

_Private_

Capacity (private, trustee/fiduciary, institutional)

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____

Signature

_____

Capacity (private, trustee/fiduciary, institutional)

SETH MESKIN BENE IRA OF ROBERT GANGER

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Seth Meskin_____, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2__ day of __March__, 2018.


Client:                                          For Tradition Capital Management LLC:

_____                        _____
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

MIKULA, STEPHEN P. PRIME        FAX 908-547-0288

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____STEPHEN P. Mikula_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7___ day of ___March___, 2018.

Client:                                    For Tradition Capital Management LLC:

_____          _____
Signature                                  Michael C. Provine, J.D., LL.M.
                                           Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

ATT: Sharon Buccafusco
413-845-4747

AVNER, MISHAL ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __AVNER   MIShal_____, hereby declare as

follows:

1.     I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines; as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9<u>th</u>___ day of ___March___, 2018.


Client:                                                        For Tradition Capital Management LLC:

_Asma Mishel_                                    _Michael signature_
Signature                                                 Michael C. Provine, J.D., LL.M.
                                                              Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

LINDA MODICA ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ *Linda Modica* _____, hereby declare as follows:

1.     I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **9th** day of **March**, 2018.


Client:                                                    For Tradition Capital Management LLC:

_____          _____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer
_LINDA  MODICA_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
*Capacity (private, trustee/fiduciary, institutional)*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Linda and Paul Modica, TTEE* hereby declare as follows:

1.     I am/We are a client (private, (trustee/fiduciary,) or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **9th** day of **March** , 2018.


**Client:**

_____
Signature

_LINDA MODICA_
Capacity (private, (trustee/fiduciary,) institutional)

_____
Signature

_PAUL MODICA_
Capacity (private, (trustee/fiduciary,) institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

MOSSBERG, LAUREN INH IRA PRIME

# DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Lauren mossberg_ , hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4TH__ day of __March__, 2018.

Client:

_____
Signature

__Private_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

15

MOSSBERG, PAUL PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _PAUL E MOSSBERG_____, hereby declare as follows:

1.       I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.       Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.       After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.       Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. ·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5TH_ day of _MARCH_, 2018.

**Client:**

_____
Signature

_PRIVATE_
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*53*

MICHAEL J. NIELSEN IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___Michael J Nielsen, IRA___, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5^th___ day of ___March___, 2018.

Client:                                            For Tradition Capital Management LLC:

_Michael J. Nielsen_____                      _____
Signature                                         Michael C. Provine, J.D., LL.M.
                                                  Member and Chief Compliance Officer
_Michael Nielsen IRH_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

NJ CHAPTER NATIONAL SOCIETY OF ARTS & LETTERS
NJ CHAPTER NATIONAL SOCIETY OF ARTS & LETTERS (AWARD)

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Martha Carrellas for "National Society of Arts and Letters, New Jersey Chapter"_, hereby declare as follows:

1.  I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___2nd___ day of ___March___, 2018.


Client: *National Society of Arts and Letters, New Jersey Chapter*

*Martha H Corelles*
Signature

*Secretary/Treasurer of Special Funds - Institutional*
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:


_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*MARVIN NOVETSKY R/O IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___*MARVIN NOVETSKY*___, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of _____, 2018.

**Client:**

Signature _____

Capacity (private, trustee/fiduciary, institutional)

Signature _____

Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

MARIE NUZZIO PERSONAL

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Marie Nuzzio_____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3_ day of _April_____, 2018.

**Client:**                                              **For Tradition Capital Management LLC:**

_Marie Muzzio_____                      _Michael C. Provine_____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer
_MARIE MUZZIO_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

KENNETH OBERST IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____KENNETH OBERST_____, hereby declare as
follows:

     1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

     2.     Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

     3.     After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

     4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

     5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2nd__ day of __MARCH__, 2018.


Client:                                          For Tradition Capital Management LLC:

_____                          _____
Signature                                         Michael C. Provine, J.D., LL.M.
                                                  Member and Chief Compliance Officer
_____PRIVATE_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

21

OSBORN Tr. U/W FBO S. OsBORN Prm

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Robert J. Osborn-Jr_ _Shirly B. Osborn_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3__ day of __March__, 2018.

Client:                                                    For **Tradition Capital Management LLC:**

_____ (BA)/Truster     _____
Signature                                                 Michael C. Provine, J.D., LL.M.
                                                          Member and Chief Compliance Officer
Truster
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*Brenda Osborn IRA of Jack Butler*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___Brenda S Osborn___, hereby declare as follows:

1.     (I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2__ day of __April__, 2018.

Client:                                          For Tradition Capital Management LLC:

_____                        _____
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

ROBERT OSBORN III- PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Robert & Candice Osborn_ , hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3___ day of _____March_____, 2018.

Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

OSBORN, SHIRLEY IRA Prime

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Shirly Osboin_ , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3__ day of __March__, 2018.


Client:                                         For Tradition Capital Management LLC:


Signature _Robert J. Osboin Jr_                 Michael C. Provine, J.D., LL.M.
      _truster /POA fiduciy._                   Member and Chief Compliance Officer

Capacity (private, trustee/fiduciary, institutional)



Signature


Capacity (private, trustee/fiduciary, institutional)

3

PALME, COLLEEN M PRIME

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), Colleen M Palme _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __7__ day of __MARCH__, 2018.


Client:                                                        For Tradition Capital Management LLC:


_Colleen M Palmer_____                    _____
Signature                                                     Michael C. Provine, J.D., LL.M.
_Private_____                    Member and Chief Compliance Officer
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

PALME, SEAN PERSONAL

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ SEAN    PALME _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10__ day of __MARCH_____, 2018.


**Client:**

_Seen Palne_____
Signature

_PRIVATE_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

RAMESH PATEL ROLLOVER IRA

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _RAMESH PATEL & Smita PATEL_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___6___ day of ___March___, 2018.


**Client:**

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

JOSEPH PECK - TRUST

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Greg Peck, Trustee_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

Case: 1:18-cv-01039 Document #: 97-3 Filed: 04/24/18 Page 315 of 427 PageID #:2084

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___7th___ day of ___March___, 2018.


Client:                                              For Tradition Capital Management LLC:


_Greg Ped , Trustee_____                    _(signature)_____
Signature                                            Michael C. Provine, J.D., LL.M.
                                                        Member and Chief Compliance Officer
_Trustee_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

MICHAEL PERLMUTTER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Michael i. J. U Perlmuth_ , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

5. ·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of ___March___, 2018.


Client:                                                 For Tradition Capital Management LLC:


_____                        _____
Signature                                               Michael C. Provine, J.D., LL.M.
                                                        Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

Fax Server          3/23/2018 1:12:16 PM  PAGE    1/002   Fax Server

KAREN PETRUCHA-CRAIG - INH IRA FNDING
KAREN PETRUCHA-CRAIG BENE IRA OF GEORGE PETRUCHA
KAREN PETRUCHA-CRAIG FUNDING ACCOUNT

DECLARATION OF ASSIGNMENT
TO TRADITION CAPITAL MANAGEMENT LLC

I/We, _____ Karen Petrucha-Craig _____, hereby declare as follows:

1.     I am/We are a client (private, trustee/fiduciary or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital services a Registered Investment Adviser under the federal Investment Advisers Act and that provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to our investment losses associated with the purchase of the securities of "JMB Preservation and Growth fund ("JMB"), in order to Tradition for a recovery of our losses, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against JMB and related defendants in connection with the purchase of the securities of JMB

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (i) authorizing the actions of Tradition Capital in taking legal action (ii) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018 in a class action against JMB or (iii) prosecuting such other action or (iii) proceeding, as Tradition deems appropriate, (i) declaring that I will be bound by the results of the litigation, and (ii) assigning, transferring, and releasing over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of my kind whatsoever arising from violation of the U.S. federal securities laws, other applicable statutes, and common law doctrines as may be asserted against JMB and related defendants, in connection with the purchase of the securities of JMB

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.

Client:

_____
Signature

_TRUSTEE/FIDUCIARY_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

SELVARAJ PICHAIYAN R/O IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___SELVARAJ   PICHAIYAN  (IRA)___ , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _20 TH_ day of _MARCH_, 2018.

Client:

_____
Signature

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*THOMAS B. FOSTER TR - PINEWOODS*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ *THOMAS B FOSTER* _____, hereby declare as follows:

1.     I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _6th_ day of _March_, 2018.


Client:

For Tradition Capital Management LLC:

_Thomas B. Foster_
Signature

_Michael C. Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_THOMAS B FOSTER - PINEWOODS TR_
Capacity (private, trustee/fiduciary, institutional)


Signature


Capacity (private, trustee/fiduciary, institutional)

39

PITONZO, CINDY INDV. PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___CINDY   PITONZO_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of _March_ , 2018.

Client:

_____
Signature

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

1898522-3
02/14/2018 10:30 AM

2

MICHAEL PORTER ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Michael D. Porter_, hereby declare as follows:

1. I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.· Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___8th___ day of ___March___, 2018.

**Client:**

_Michael Post_
Signature

_Private_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_Michael C. Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

KENNETH R. POWELLIRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Kenneth R. Powell_ , hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___2ⁿᵈ___ day of ___MARCH___, 2018.

Client:                                                    For Tradition Capital Management LLC:

_____                    _____
Signature                                                  Michael C. Provine, J.D., LL.M.
                                                               Member and Chief Compliance Officer
_Private_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*67*

*POWSNER, EDWARD IRA FUNDING*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *ETHAN POWSNER, POA FOR EDWARD POWSNER*, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5ᵀᴴ_ day of _MARCH_____, 2018.

**Client:**

**For Tradition Capital Management LLC:**

_Edward R Bewsher By Ellen M Bewsher_
Signature

_ATTORNEY IN FACT_
Capacity (private, trustee/fiduciary, institutional)

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

Signature

Capacity (private, trustee/fiduciary, institutional)

PRAKASH, MONA S.

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Mona L Prakash_____, hereby declare as

follows:

      1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

      2.     Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

      3.     After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

      4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

      5. ·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _2ᴺᴰ_ day of __March__, 2018.

**Client:**

_____
Signature

Private
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

NEELESH PRAKASH & AMY VIDWANS PRAKASH TEN BY ENTIRE

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), AMY & NEELESH PRAKASH , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. .     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this $\underline{5^{TH}}$ day of $\underline{MARCH}$, 2018.

Client:                                           For Tradition Capital Management LLC:

_____                          _____
Signature                                         Michael C. Provine, J.D., LL.M.
                                                  Member and Chief Compliance Officer
PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)

*Margart Pavine IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Margaret Pavine*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.


Client:                                                    For Tradition Capital Management LLC:


_____                    _____
Signature                                                Michael C. Provine, J.D., LL.M.
                                                         Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*Michael C. Provine IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Michael C Provine*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.

**Client:**

_signature_
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_signature_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*2010 REV 20 42 GRAT OF KALPANA RAMN*
*UA DEC 28, 2010*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ MICHAEL C PROVINE, TTEE _____, hereby declare as follows:

1.    I am/We are a client (private, (trustee/fiduciary,) or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.


Client:                                                  For Tradition Capital Management LLC:


_____       _____
Signature                                               Michael C. Provine, J.D., LL.M.
                                                              Member and Chief Compliance Officer
_TRUSTEE/FIDUCIARY_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*[handwritten annotation across top: IERV 2ND GENERATION SLIPPING TR FBO V VENKATARAMAN UA DEC 20 2011]*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _MICHAEL C PROVINE, TTEE_ , hereby declare as follows:

1.     I am/We are a client (private/trustee/fiduciary/or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_, 2018.


Client:

_____
Signature

_TRUSTEE/FIDUCIARY_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

RAWLINS, CLAIRE IRA FUNDING

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____CLAIRE    RAWLINS_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of _MARCH_, 2018.

Client:

_C. Hawkins_
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_Michael C. Provine_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

48

REIF, MERRYL REV TR.

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Van D Reif     Merryl R Reif_ hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5ᵀ^h day of _March_, 2018.


Client:                                             For Tradition Capital Management LLC:

_Van D Reif_                                        _Michael C. Provine signature_
Signature                                           Michael C. Provine, J.D., LL.M.
private, trustee                                    Member and Chief Compliance Officer
Capacity (private, trustee/fiduciary, institutional)

_Merryl L Reif_
Signature
private, trustee
Capacity (private, trustee/fiduciary, institutional)

49

*REIF, VAN Rollover IRA PRIME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ Van D Reif _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5Th_ day of _March_, 2018.

**Client:**

**For Tradition Capital Management LLC:**

_____
Signature

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

Private
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

75

RODMAN, ANDREW S. FUNDING

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Andrew S. Rodman_                                    , hereby declare as

follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __6th__ day of __March_____, 2018.


Client:                                             For **Tradition Capital Management LLC:**

_____                    _____
Signature                                           Michael C. Provine, J.D., LL.M.
                                                    Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*76*

*JAY H. RODMAN IRREV TR. 2010*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Andrew Rodman, TTEE*, hereby declare as follows:

1.      I am/We are a client (private, (trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __6th__ day of __March__, 2018.

**Client:**

_Andrew S. Rodman_
Signature

_ANDREW RODMAN, Trustee_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

Ross, SHAUN A BB.

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___Shaun A. Ross_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5..     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.       Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.       I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of __March__, 2018.

Client:

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*RUFFER, K. CUST for ABBY*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___*KERSTAN RUFFER FOR ABBY RUFFER*___ hereby declare as follows:

1. I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _6th_ day of _March_ , 2018.


Client:                                                For Tradition Capital Management LLC:


_Kerstan Ruffer_ for Abby Ruffer, minor            _Michael C. Provine_
Signature                                              Michael C. Provine, J.D., LL.M.
                                                       Member and Chief Compliance Officer
_KERSTAN RUFFER_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

RUFFER, K. CUST for GABRIEL RUFFER

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _KERSTAN RUFFER FOR GABRIEL RUFFER_ hereby declare as follows:

1.      I am/We are a client (private. trustee, fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___6th___ day of ___March___, 2018.

---

Client:                                          For Tradition Capital Management LLC:


_Kerstan Ruffer_   for Gabriel Ruffer, minor      _[signature]_
Signature                                         Michael C. Provine, J.D., LL.M.
                                                  Member and Chief Compliance Officer
_KERSTAN RUFFER_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


1898522-3
02/14/2018 10:30 AM                              2

RUFFER, K. CUST for GAIL ELIZABETH RUFFER

### DECLARATION OF ASSIGNMENT
### TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *KERSTAN RUFFER FOR GAIL RUFFER* hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __6th__ day of __March__, 2018.


Client:                                                      For Tradition Capital Management LLC:


_Kerstan Ruffer_   for Gail Ruffer,   _Michael C. Provine_
Signature                   minor          Michael C. Provine, J.D., LL.M.
                                                             Member and Chief Compliance Officer

_KERSTAN RUFFER_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*RUFFER, KERSTAN REV TR. FEB 2012*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __Kerstan Ruffer__, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. .     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2018.


Client:                                          For Tradition Capital Management LLC:


_Kerstin Ruffer_                                 _Michael C. Provine_
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer
_private._
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

72

RUSSELL, DONALD P. PRIME

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), Don Russell, ~~XXXXXXXXXXXXXXXX~~ hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3rd__ day of __March__, 2018.


**Client:**                                          **For Tradition Capital Management LLC:**


_____              _____
Signature                                            Michael C. Provine, J.D., LL.M.
                                                     Member and Chief Compliance Officer
_Private_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_Private_____
Capacity (private, trustee/fiduciary, institutional)

*ALINA P RUSSO IRREV TRUST*
*THE ROBERT RUSSO TRUST*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _ROBERT RUSSO, TTEE_ , hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _13_ day of _March_, 2018.


Client:                                                          For Tradition Capital Management LLC:


_____                          _____
Signature                                                     Michael C. Provine, J.D., LL.M.
_ROBERT RUSSO FOR ROBERT RUSSO TR_     Member and Chief Compliance Officer
_ROBERT RUSSO FOR ALINA RUSSO TR_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

PAMELA E. RUSSO ROTH IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), __PAMELA E. RUSSO_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _20th_ day of ___March___, 2018.


**Client:**

_Pamela E Ruth_
Signature

_private_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


**For Tradition Capital Management LLC:**

_[signature]_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

MARK RUZZIN CUST FOR OLIVER VASATKA RUZZIN UTMA
MARK RUZZIN CUST FOR TATE VASATKA RUZZIN UTMA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Mark Ruzzin_____, hereby declare as
follows:

1.     I am/We are a client (private/trustee/fiduciary/or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _6<u>th</u>_ day of __March__, 2018.


Client:

For Tradition Capital Management LLC:

_____
Signature

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_MARK RUZZIN, CUSTODIAN_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

RUZZIN, EMI ROTH IRA
RUZZIN, GREGORY ROTH IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Gregory and Emi Ruzzin._ , hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __8th__ day of __March_____, 2018.


Client:                                              For Tradition Capital Management LLC:


_____      _____
Signature                                          Michael C. Provine, J.D., LL.M.
                                                        Member and Chief Compliance Officer


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

RUZZIN, RICHARD IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _RICHARD RUZZIN_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __11__ day of ___March___, 2018.


Client:

_____
Signature

_____PRIVATE_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*GREGORY FRANK RUZZIN CUST FOR*
*ZACHARY RUZZIN*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*GREGORY RUZZIN*_____, hereby declare as

follows:

1.  I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _8th_ day of __March__, 2018.


Client:

For Tradition Capital Management LLC:

Signature

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_GREGORY RUZZIN, CUSTODIAN_
Capacity (private, trustee/fiduciary, institutional)


Signature


Capacity (private, trustee/fiduciary, institutional)

*JOSEPH SAGGESE IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____*Joseph Saggese*_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _26_ day of _February_, 2018.

Client:                                    For Tradition Capital Management LLC:

_____                    _____
Signature                                   Michael C. Prewitt, J.D., LL.M.
                                            Member and Chief Compliance Officer
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

64

SCHERBA, AGNES RLLVR IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____AGNES C SCHERBA_____, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __5__ day of __MARCH__, 2018.

**Client:**

_Agnes C John_
Signature
PRIVATE
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_[signature]_
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

SCHERBA, ANNE INHIRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ANNE C SCHERBA _____, hereby declare as
follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital
Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal
Investment Advisers Act and provides portfolio management and related investment planning
services.

3.   '   '   After receiving notice from Tradition Capital relating to my investment loss associated
with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate
the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and
interest in any and all claims, demands, and causes of action of any kind whatsoever arising from
violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as
may be asserted against LJM and related defendants, in connection with the purchase of the securities
of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions
of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the
actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf
and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action
against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)
declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting
over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of
action of any kind whatsoever arising from violations of the U.S. federal securities laws, other
applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,
in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the
purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __5th__ day of __March__, 2018.


Client: ANNE C SCHERDA                    For Tradition Capital Management LLC:

_____                 _____
Signature                                  Michael C. Provine, J.D., LL.M.
                                           Member and Chief Compliance Officer
PRIVATE
_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

SCHLEIFER, STEVEN ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ Steven Schleifer  IRA _____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9th___ day of ___March___, 2018.


Client:

_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*Schwartz, Robert IRA*

*Schwartz, Robert & Mary Fdg.*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Robert S. and Mary E Schwartz* hereby declare as follows:

1. ✓ I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. ✓ Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. ✓ After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. ✓ Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. ✓ Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3rd_ day of _March_, 2018.

Client: _Robert S. Schwartz_                    For Tradition Capital Management LLC:

_[signature]_                                    _[signature]_
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer
_Private Account_
Capacity (private, trustee/fiduciary, institutional)

_Mary E. Schwartz_
X _Mary E Schwartz_
Signature

_Private Account_
Capacity (private, trustee/fiduciary, institutional)

*DAVID SEXTON ROTHIRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____DAVID SEXTON_____, hereby declare as follows:

1. I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2. Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3. After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4. Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _H_ day of _MARCH_, 2018.

**Client:**                                         **For Tradition Capital Management LLC:**

_David Sexton_                                     _[signature]_
Signature                                           Michael C. Provine, J.D., LL.M.
                                                    Member and Chief Compliance Officer

Capacity (private, trustee/fiduciary, institutional)

Signature

Capacity (private, trustee/fiduciary, institutional)

17

SEXTON, GREG & HARLAN JWROS

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), GREGORY K. SEXTON / HARLAN S. SEXTON , hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. ·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___4th___ day of ___MARCH___, 2018.

**Client:**

_____
Signature

___PRIVATE___
Capacity (private, trustee/fiduciary, institutional)

___Gregory Sexton___ (signed by Harlan Sexton, mother)
Signature

___PRIVATE___
Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

SHARMA, DEVEN & NUPUR Jt

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _DEVEN & NUPUR SHARMA_ , hereby declare as follows:

1.       I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.       Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.       After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.       Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. .       Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of _MARCH_, 2018.


Client:                                              For Tradition Capital Management LLC:


_____                       _____
Signature                                            Michael C. Provine, J.D., LL.M.
                                                     Member and Chief Compliance Officer
_PRIVATE_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_PRIVATE_
Capacity (private, trustee/fiduciary, institutional)

*SHIAO WEN SHEN ROLLOVER IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Nancy Shiao-wen Shen_, hereby declare as follcws:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10__ day of __March__, 2018.

Client:                                                    For Tradition Capital Management LLC:

_____                              _____
Signature                                                 Michael C. Provine, J.D., LL.M.
                                                          Member and Chief Compliance Officer
__private__
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

48

ROBERT D. SLAMA IRA R/O

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Robert Slama & Sharon Slama_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___3rd___ day of ___March___, 2018.

**Client:**

**For Tradition Capital Management LLC:**

_____
Signature

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

_____
Robert D Slama
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Sharon P. Slama
Capacity (private, trustee/fiduciary, institutional)

MARK RUSSELL SMITH BENE IRA OF HARVEY K SMITH

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Mark Russell Smith_, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9th__ day of __March_____, 2018.


Client:                                                For Tradition Capital Management LLC:


_Mark Russell Jr_____            _____Michael signature_____
Signature                                              Michael C. Provine, J.D., LL.M.
_Private_____            Member and Chief Compliance Officer
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

ROBERT R SPRINGER Rollover IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), Robert R. Springer M.D. _____, hereby declare as follows:

1.    I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this *Third* day of *March 3*_____, 2018.

Client:

For Tradition Capital Management LLC:

_Robert R Springer_ M.D.
Signature

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

Capacity (private, trustee/fiduciary, institutional)

Signature

Capacity (private, trustee/fiduciary, institutional)

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _FR. S?⁻?HEN HUTNICK_ _ON BEHALF OF THE ST SOPHIA UKRAINIAN ORTHODOX SEMINARY_ hereby declare as follows:

1.    I am/We are a client (private, (trustee/fiduciary) or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2018.

Client:                                        For Tradition Capital Management LLC:

_____                        _____
Signature                                       Michael C. Provine, J.D., LL.M.
                                                Member and Chief Compliance Officer

ST SOPHIA UKRAINIAN ORTHODOX SEMINARY
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____TREASURER_____
Capacity (private, trustee/fiduciary, institutional)

*Venkataraman, Subu 2010 Irrevocable 15 year Grat*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Michael C Provine, TTEE_ , hereby declare as

follows:

     1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

     2.    Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

     3.    After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

     4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

     5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _9th_ day of _March_ , 2018.

**Client:**

_[signature]_

Signature

_Trustee / Fiduciary_

Capacity (private, trustee/fiduciary, institutional)

Signature

Capacity (private, trustee/fiduciary, institutional)

**For Tradition Capital Management LLC:**

_[signature]_

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

*DORIS WEDWALDT IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *Doris M. Wedwaldt*                , hereby declare as

follows:

     1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital

Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

     2.     Tradition Capital serves as a Registered Investment Adviser under the Federal

Investment Advisers Act and provides portfolio management and related investment planning

services.

     3.     After receiving notice from Tradition Capital relating to my investment loss associated

with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate

the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and

interest in any and all claims, demands, and causes of action of any kind whatsoever arising from

violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as

may be asserted against LJM and related defendants, in connection with the purchase of the securities

of LJM.

     4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions

of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the

actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf

and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action

against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b)

declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting

over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of

action of any kind whatsoever arising from violations of the U.S. federal securities laws, other

applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants,

in connection with the purchase of the securities of LJM

     5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the

purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1_ day of _March_, 2018.


Client:                                          For Tradition Capital Management LLC:


_____                 _____
Signature                                        Michael C. Provine, J.D., LL.M.
                                                 Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

WEINBLATT, JUDITH R. ROLLOVER IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____Judith Weinblatt_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever a violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___9th___ day of ___March___, 2018.


Client:                                            For Tradition Capital Management LLC:


_____       _____
Signature                                          Michael C. Provine, J.D., LL.M.
                                                   Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*PHYLLIS WEINFELDT IRA*
*WEINFELDT, PHYLLIS Indvl PRIME*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Phyllis Weinfeldt_____, hereby declare as follows:

1.      I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

5.      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this *Tuesday* day of *March 4*, 2018.

Client:                                                    For Tradition Capital Management LLC:

*Phyllis Weinfeldt*                                        *[signature]*
Signature                                                  Michael C. Provine, J.D., LL.M.
*Private*                                                  Member and Chief Compliance Officer
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*JOHN C WHEELER TRUST O UA FEB 10, 1995*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____MICHAEL C PROVINE, TTEE_____, hereby declare as follows:

1.    (I am/We are a client (private (trustee/fiduciary) or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9th__ day of __March__ , 2018.

Client:

_____
Signature

__TRUSTEE / FIDUCIARY__
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

For **Tradition Capital Management LLC:**

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

68

WHEELER, LOUISE IRA FUNDING

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _Louise Wheeler_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of _March_, 2018.

Client:

_Louise Wheeler_
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

WILLIAM WHEELER R/O IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___William J. Wheeler_____, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _4 th_ day of _March_____, 2018.


Client:                                                  For Tradition Capital Management LLC:


_William J Cubal_____                    _____
Signature                                              Michael C. Provine, J.D., LL.M.
                                                          Member and Chief Compliance Officer

_____
Capacity (private, trustee/fiduciary, institutional)


_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

9

WIECZOREK SR, CASEY J IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___CASEY WIECZOREK, SR___, hereby declare as follows:

1.  I am/We are a client (private, trustee/fiduciary, or institutional) of *Tradition Capital* Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.  Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.  Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March, 2018.


Client:

_____
Signature

CASEY WIECZOREK, SR.
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

WIECZOREK JR. CHIP ROTH IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____ CASEY WIECZOREK, JR _____, hereby declare as follows:

1.    I am/We are a client (private, trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.    Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___1st___ day of ___March___, 2018.


Client:

_____
Signature

_CASEY WIECZOREK, JR_
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)


For Tradition Capital Management LLC:

_____
Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

WIECZOREK, LOUISA IRA

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), _____LOUISA WIECZOREK_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5. ·    Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

*I declare under* penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March, 2018.

Client:                                               **For Tradition Capital Management LLC:**

_____      _____
Signature                                      Michael C. Provine, J.D., LL.M.
                                                   Member and Chief Compliance Officer

LOUISA WIECZOREK
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

_____
Capacity (private, trustee/fiduciary, institutional)

*ELEANOR YEUNG IRA*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), ___ELEANOR YEUNG_____, hereby declare as follows:

1.     I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.     Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii)proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.     Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5TH_ day of _MARCH_, 2018.


Client:                                              For Tradition Capital Management LLC:


_Eleanor Yung_                                       _[signature]_
Signature                                            Michael C. Provine, J.D., LL.M.
                                                     Member and Chief Compliance Officer
_PRIVATE_
Capacity (private, trustee/fiduciary, institutional)


_____
Signature


_____
Capacity (private, trustee/fiduciary, institutional)

*ZINN, HENRIETTA LVING TR. OCT 2008*

## DECLARATION OF ASSIGNMENT
## TO TRADITION CAPITAL MANAGEMENT LLC

I (We), *HENRIETTA F. ZINN and DONALD B. ZINN*, hereby declare as follows:

1.      I am/We are a client (private. trustee/fiduciary, or institutional) of Tradition Capital Management LLC ("Tradition Capital"), and have personal knowledge of all matters stated herein.

2.      Tradition Capital serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Tradition Capital relating to my investment loss associated with the purchase of the securities of LJM Preservation and Growth Fund ("LJM"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Tradition Capital in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Tradition Capital clients, on or around April 10, 2018, in a class action against LJM or (ii) prosecuting such other action or (ii) proceeding as Tradition deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Tradition Capital all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against LJM and related defendants, in connection with the purchase of the securities of LJM

5.·      Further, I hereby appoint Tradition Capital as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Tradition Capital agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _6th_ day of _MARCH_, 2018.

Client:

For Tradition Capital Management LLC:

_____
Signature

Michael C. Provine, J.D., LL.M.
Member and Chief Compliance Officer

DONOR
_____
Capacity (private, trustee/fiduciary, institutional)

_____
Signature

TRUSTEE
_____
Capacity (private, trustee/fiduciary, institutional)