UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LEONARD SOKOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>LJM FUNDS MANAGEMENT, LTD., et al.,<br><br>       Defendants. | No. 1:18-cv-01039<br><br><u>CLASS ACTION</u><br><br>Judge Robert M. Dow, Jr. |

LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
PARTIAL CLASS ACTION SETTLEMENT

4818-3566-1473.v1

1. Lead Plaintiffs Justin and Jenny Kaufman, Joseph N. Wilson, Dr. Larry and Marilyn Cohen, Tradition Capital Management LLC, and SRS Capital Advisors, Inc. hereby move the Court for entry of an Order granting preliminary approval of partial class action settlement, approving form and manner of notice, and setting date for hearing on final approval of partial class action settlement.

2. This motion is based upon the Stipulation and Agreement of Partial Settlement and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Partial Class Action Settlement, the [Proposed] Order Granting Preliminary Approval of Partial Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Partial Class Action Settlement ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Lead Plaintiffs request that the Court enter the Notice Order, a copy of which is being submitted to the Proposed Orders inbox in accordance with this Court's case procedures.

DATED: August 19, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
BRIAN E. COCHRAN (IL Bar # 6329016)
FRANK A. RICHTER (IL Bar # 6310011)


s/James E. Barz
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
bcochran@rgrdlaw.com
frichter@rgrdlaw.com

- 2 -

        LABATON SUCHAROW LLP
        JAMES W. JOHNSON (IL Bar # 03128047)
        MICHAEL H. ROGERS (*pro hac vice*)
        JOHN ESMAY (*pro hac vice*)
        MARGARET SCHMIDT (*pro hac vice*)
        140 Broadway, 34th Floor
        New York, NY 10005
        Telephone: 212/907-0700
        212/818-0477 (fax)
        jjohnson@labaton.com
        mrogers@labaton.com
        jesmay@labaton.com
        mschmidt@labaton.com

        Co-Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 19, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                            s/James E. Barz
                                                            JAMES E. BARZ

ROBBINS GELLER RUDMAN
   & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

E-mail: JBarz@rgrdlaw.com

# Mailing Information for a Case 1:18-cv-01039 Sokolow v. LJM Funds Management, Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bradley Joseph Andreozzi**
  bradley.andreozzi@dbr.com,docketmail@dbr.com,patricia.torbert@dbr.com

- **Amy Curtner Andrews**
  aandrews@sidley.com,efilingnotice@sidley.com,amy-andrews-6537@ecf.pacerpro.com

- **James E Barz**
  jbarz@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Roberto M. Braceras**
  rbraceras@goodwinprocter.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com

- **Michael Elliot Criden**
  mcriden@cridenlove.com

- **Daniel J. Delaney**
  daniel.delaney@dbr.com,violet.mendiola@dbr.com,diane.ravenscraft@dbr.com

- **Michael C Dell'Angelo**
  mdellangelo@bm.net,tstires@bm.net

- **Ashley Moore Drake**
  Amdrake@goodwinlaw.com

- **Daniel R Fine**
  danfine@bfkn.com,daniel-fine-bfkn-2199@ecf.pacerpro.com,ourdocket@gmail.com,dan-fine-8661@ecf.pacerpro.com

- **Charles Alphonsus Fitzpatrick , IV**
  Fitzpatrick-C@BlankRome.com

- **Kyle L Flynn**
  flynnk@gtlaw.com,ickesp@gtlaw.com,CHILitDock@GTLAW.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Lindsey Caryn Grossman**
  lgrossman@cridenlove.com

- **Jeffry Mark Henderson**
  hendersonj@gtlaw.com,liabol@gtlaw.com,CHILitDock@GTLAW.com

- **Brian M. Hogan**
  bhogan@fklmlaw.com

- **Mark Holland**
  mholland@goodwinlaw.com

- **Mathew Jasinski**
  mjasinski@motleyrice.com,kweil@motleyrice.com

- **James W. Johnson**
  JJohnson@labaton.com,7592785420@filings.docketbird.com,lpina@labaton.com,smundo@labaton.com,electroniccasefiling@labaton.com

- **Matthew Langley**
  mlangley@rgrdlaw.com

- **Thomas L. Laughlin , IV**
  tlaughlin@scott-scott.com,ksteinberger@scott-scott.com,efile@scott-scott.com

- **Evan Lechtman**
  lechtman@blankrome.com

- **Gregg S. Levin**
  glevin@motleyrice.com,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **William Henry London**
  wlondon@fklmlaw.com,mkhamoo@fklmlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Joshua Wendell Mahoney**
  joshua.mahoney@bfkn.com,lauren.dwyer@bfkn.com,ourdocket@gmail.com,joshua-mahoney-bfkn-4006@ecf.pacerpro.com

- **Steven Marc Malina**
  malinas@gtlaw.com,CHILitDock@gtlaw.com,caswickc@gtlaw.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Matthew M Morrissey**
  matthew.morrissey@dbr.com,alice.continpage@dbr.com

- **Todd Edward Pentecost**
  pentecostt@gtlaw.com,sullivanka@gtlaw.com,chilitdock@gtlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Daniel P. Roeser**
  DRoeser@goodwinlaw.com

- **Michael H Rogers**
  mrogers@labaton.com,lpina@labaton.com,8956253420@filings.docketbird.com,electroniccasefiling@labaton.com

- **David A Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Peter G. Rush**
  rushp@gtlaw.com,browntk@gtlaw.com,chilitdock@gtlaw.com

- **Margaret Schmidt**
  mschmidt@labaton.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Jennifer Winter Sprengel**
  jsprengel@caffertyclobes.com,docket@caffertyclobes.com,snyland@caffertyclobes.com

- **Rhiana L Swartz**
  rswartz@scott-scott.com,ksteinberger@scott-scott.com,efile@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`